| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Product Quest Manufacturing, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8734401** |
| 4. | **Debtor's address** | **Principal place of business**<br>**330 Carswell Avenue**<br>**Holly Hill, FL 32117**<br>Number, Street, City, State & ZIP Code<br><br>**Volusia**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Product Quest Manufacturing, LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **3256**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Product Quest Manufacturing, LLC**  Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**■ Statistical and administrative information**

| | | | | |
|---|---|---|---|---|
| **13.** | **Debtor's estimation of available funds** | . | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>■ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>■ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐  $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>■ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | Product Quest Manufacturing, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 7, 2018**
MM / DD / YYYY

**X** **/s/ Michael J. Musso**                                            **Michael J. Musso**
Signature of authorized representative of debtor                Printed name

Title  **CEO**

**18. Signature of attorney**

**X** **/s/ John A. Northen**                                            Date **September 7, 2018**
Signature of attorney for debtor                                          MM / DD / YYYY

**John A. Northen**
Printed name

**Northen Blue, LLP**
Firm name

**PO Box 2208**
**Chapel Hill, NC 27515**
Number, Street, City, State & ZIP Code

Contact phone  **919-968-4441**        Email address

**6789 NC**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

| | | |
|---|---|---|
| Debtor | **Product Quest Manufacturing, LLC** | Case number *(if known)* |
| | Name | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Ei LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** | When | **9/07/18** | Case number, if known | |
| Debtor | **JBTRS, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** | When | **9/07/18** | Case number, if known | |
| Debtor | **PQ Real Estate LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** | When | **9/07/18** | Case number, if known | |
| Debtor | **Product Quest Logistics, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** | When | **9/07/18** | Case number, if known | |
| Debtor | **Scherer Labs International, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of North Carolina** | When | **9/07/18** | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Product Quest Manufacturing, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September  7, 2018**        X **/s/ Michael J. Musso**
                                                                                Signature of individual signing on behalf of debtor

                                                                                **Michael J. Musso**
                                                                                Printed name

                                                                                **CEO**
                                                                                Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Product Quest Manufacturing, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **BLUE SUN INTERNATIONAL** Attn: Managing Agent 2201 NW 102ND PLACE UNIT 4A MIAMI, FL 33172 | | trade | | | | $82,987.03 |
| **BOV SOLUTIONS** Attn: Managing Agent PO BOX 6704 GREENVILLE, SC 29606 | | trade | | | | $133,062.47 |
| **CENTRAL FLORIDA BOX CORP** Attn: Managing Agent PO BOX 4538 ORLANDO, FL 32802 | | trade | | | | $107,198.62 |
| **CONDENSA ALUMINUM PACKAGING** Attn: Managing Agent AVENIDA MARATHON 2879 MACUL SANTIAGO 00781-0772 | | trade | | | | $74,045.66 |
| **CONSOLIDATED LABELS** Attn: Managing Agent 2001 EAST LAKE MARY BLVD SANFORD, FL 32773 | | trade | | | | $327,027.37 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **Product Quest Manufacturing, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| COSPHATECH Attn: Managing Agent 1729 NW 84TH AVENUE MIAMI, FL 33126 | | trade | | | | $162,141.90 |
| CUSTOM INGREDIENTS INC Attn: Managing Agent PO BOX 772 CHESTER, SC 29706 | | trade | | | | $148,720.18 |
| EMPIREEMCO INC Attn: Managing Agent 2430 N. FOREST ROAD SUITE 125 GETZVILLE, NY 14068 | | trade | | | | $112,726.22 |
| ESSENTIAL INGREDIENTS Attn: Managing Agent 2408 TECHNOLOGY CENTER PARKWAY SUITE 200 LAWRENCEVILLE, GA 30043 | | trade | | | | $276,232.59 |
| LIQUID ENVIRONMENTAL SOLUTIONS Attn: Managing Agent PO BOX 733372 DALLAS, TX 75373-3372 | | trade | | | | $104,375.41 |
| MICROBAC LABORATORIES INC Attn: Managing Agent LOCATOR XA PO BOX 644733 PITTSBURGH, PA 15264-4733 | | trade | | | | $166,839.16 |
| MJS PACKAGING Attn: Managing Agent 35601 VERONICA STREET LIVONIA, MI 48150 | | trade | | | | $251,966.35 |

Debtor **Product Quest Manufacturing, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MULTI PACKAGING SOLUTIONS INC**<br>Attn: Managing Agent<br>75 REMITTANCE DRIVE STE 3111<br>CHICAGO, IL 60675-3111 | | trade | | | | $217,797.60 |
| **PACKAGING CONCEPTS ASSOCIATES LLC**<br>Attn: Managing Agent<br>230 ELLA GRASSO AVENUE<br>TORRINGTON, CT 06790 | | trade | | | | $90,436.00 |
| **REMEDY INTELLIGENT STAFFING**<br>Attn: Managing Agent<br>PO BOX 116834<br>ATLANTA, GA 30368-6834 | | temp labor | | | | $244,028.07 |
| **SHANGHAI BLOPAK COMPANY LIMITED**<br>Attn: Managing Agent<br>No. 2000, Jin Hui Road<br>Min Hang District<br>SHANGHAI 00020-1107 | | trade | | | | $80,888.94 |
| **SUMMIT PACKAGING SYSTEMS**<br>Attn: Managing Agent<br>PO BOX 5500<br>LEWISTON, ME 04243-5500 | | trade | | | | $124,688.25 |
| **TRICOR BRAUN**<br>Attn: Managing Agent<br>LOCKBOX IDENTIFICATION 638369<br>PO BOX 638369<br>CINCINNATI, OH 45263-8369 | | trade | | | | $442,618.46 |

| Debtor | **Product Quest Manufacturing, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WATER RECOVERY LLC**  **Attn: Managing Agent**  **75D YORK AVENUE**  **RANDOLPH, MA 02368** | | trade | | | | $103,158.80 |
| **XPO - CONWAY FREIGHT INC**  **Attn: Managing Agent**  **PO BOX 5160**  **PORTLAND, OR 97208-5160** | | freight | | | | $114,999.23 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 4