**Product Quest Manufacturing, LLC**

4 Week Cash Flow

# Product Quest Manufacturing, LLC

ATTORNEY CLIENT PRIVILEGE CLAIMED

**Product Quest Manufacturing, LLC**

4 Week Cash Flow

*Summary Cash Flow*

*$000s omitted*

**Consolidated Cash Flow ($000's)**

| | 1 | 2 | 3 | 4 | 4 Weeks |
|---|---|---|---|---|---|
| Week | | | | | |
| Date | **9/14/18** | **9/21/18** | **9/28/18** | **10/5/18** | **Total** |
| **Sales** | - | - | - | - | - |
| **Collections** | | | | | |
| Trade Accounts Receivable | 352 | 398 | 161 | 632 | 1,544 |
| Other Collections | - | - | - | - | - |
| Additional Recoveries | - | - | - | - | - |
| **Collections** | **352** | **398** | **161** | **632** | **1,544** |
| **Disbursements** | | | | | |
| **Operating Disbursements** | | | | | |
| Payroll & Taxes | 2 | 627 | 15 | 154 | 798 |
| Benefits / Insurance | - | 14 | 198 | 10 | 222 |
| Utilities | 54 | - | - | - | 54 |
| Rent | - | 48 | 50 | - | 98 |
| Employee Expenses | 7 | 19 | 7 | 7 | 38 |
| Other | 163 | 152 | 119 | 163 | 596 |
| **Operating Disbursements** | **226** | **860** | **388** | **333** | **1,806** |
| **Weekly CF before Non-Op Disbursements** | 126 | (461) | (226) | 299 | (262) |
| **Non Operating Disbursements** | | | | | |
| R&W Advisory and Liquidator | 13 | 18 | 28 | 28 | 85 |
| Revolver interest | - | - | - | - | - |
| DIP Interest | - | - | - | - | - |
| Capital Expenditures | - | 10 | - | - | 10 |
| **Non-Op Disbursements** | **13** | **28** | **28** | **28** | **95** |
| **Total Weeky Disbursements** | **238** | **887** | **415** | **361** | **1,901** |
| **Weekly CF Change** | **114** | **(489)** | **(254)** | **272** | **(357)** |
| **Cumulative Net Cash Flow** | **114** | **(375)** | **(629)** | **(357)** | **(357)** |
| Beginning Cash | 4,525 | 4,639 | 4,150 | 3,896 | 4,525 |
| Add: Collections | 352 | 398 | 161 | 632 | 1,544 |
| Less: Disbursements | 238 | 887 | 415 | 361 | 1,901 |
| **Ending Cash** | **4,639** | **4,150** | **3,896** | **4,168** | **4,168** |

**Product Quest Manufacturing, LLC**

4 Week Cash Flow

*Professional Fee Accrual Budget*

| | 9/14/18 | 9/21/18 | 9/28/18 | 10/5/18 | 4 Weeks TOTAL |
|---|---:|---:|---:|---:|---:|
| Conway MacKenzie | 117,275 | 117,275 | 96,275 | 81,875 | 412,700 |
| King & Spalding | 40,000 | 25,000 | 20,000 | 12,500 | 97,500 |
| Northen Blue | 15,000 | 15,000 | 15,000 | 7,500 | 52,500 |
| Kurtzman Carson Consultants | 13,200 | 11,000 | 7,700 | 4,400 | 36,300 |
| UCC Professionals | - | - | 5,000 | 5,000 | 10,000 |
| US Trustee Fees | 5,525 | 11,375 | - | - | 16,900 |
| **TOTAL WEEKLY ACCRUED AND UNPAID FEES** | **185,475** | **168,275** | **143,975** | **111,275** | **609,000** |