# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Product Quest Manufacturing, LLC,** *et al.*,[1] | ) | **Case No. 18- 50946** |
| | ) | **(Joint Administration Pending)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

Please take notice that the undersigned, Matthew P. Weiner of Poyner Spruill LLP, pursuant to Bankruptcy Rules 2002, 9007 and 9010, is appearing as Local Civil Rule 83.1 Counsel on behalf of Madison Capital Funding, LLC, as Administrative Agent ("Agent"), in this case. It is hereby requested as follows:

1.  Receipt of Notices. The undersigned requests he be served with all documents filed with the court and all notices which the court and/or other parties are required to serve. This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

The undersigned additionally requests that the Debtors PRODUCT QUEST MANUFACTURING, LLC, ET AL, and their counsel, all court-appointed committees, the Bankruptcy Administrator, the Clerk of Court and all parties filing a notice of appearance herein place the foregoing party's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

2.  Address for Notices. Please mail all notices and other documents required to be served upon the Agent to the undersigned at the following address:

> Matthew P. Weiner
> Poyner Spruill LLP
> P.O. Box 1801
> Raleigh, NC 27602-1801

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Ei LLC (6099); (ii) Product Quest Manufacturing, LLC (4401); (iii) Scherer Labs International, LLC (5258); (iv) Product Quest Logistics, LLC (6199); (v) JBTRS, L.L.C. (1249); and (vi) PQ Real Estate LLC (4569). The Debtors' service address is: 2865 N. Cannon Blvd., Kannapolis, North Carolina 28083.

3. <u>No Waiver</u>. This *Notice of Appearance and Request for Service of Notices and Documents* is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to any bankruptcy case, and shall not constitute a waiver of:

(a) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Middle District of North Carolina ("District Court");

(b) the right to trial by jury in any proceeding so triable in this or any case, controversy, or proceeding related thereto;

(c) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or

(d) any or all other rights, all of which are expressly herein reserved.

Dated: September 10, 2018             POYNER SPRUILL<sup>LLP</sup>

By:   /s/ Matthew P. Weiner
      Matthew P. Weiner
      N.C. State Bar No. 37128
      Post Office Box 1801
      Raleigh, NC 27602-1801
      Telephone: (919) 783-6400
      Email: mweiner@poynerspruill.com

      Local Civil Rule 83.1 Counsel for Madison Capital Funding, LLC, as Agent

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and that a copy of the

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

was this day served upon the below-named persons, parties, and/or counsel by depositing a copy thereof in the United States Mail, First Class, postage prepaid, to the addresses shown below, or by CM/ECF:

| | |
|---|---|
| **Product Quest Manufacturing, LLC**<br>330 Carswell Ave.<br>Holly Hill, FL 32117<br>*Debtor*<br>(via US Mail) | **John Paul H. Cournoyer**<br>**John A. Northen**<br>Northen Blue, LLP<br>1414 Raleigh Road<br>Chapel Hill, NC 27517<br>*Debtors' Counsel*<br>(via ECF) |
| **William P. Miller**<br>Bankruptcy Administrator, MDNC<br>101 South Edgeworth Street<br>Greensboro, NC 27401<br>(via ECF) | |

POYNER SPRUILL<sup>LLP</sup>

By:   /s/  Matthew P. Weiner
Matthew P. Weiner
N.C. State Bar No. 37128
Post Office Box 1801
Raleigh, NC  27602-1801
Telephone: (919) 783-6400
Facsimile: (919) 783-1075
Email:  mweiner@poynerspruill.com

Local Civil Rule 83.1 Counsel for Madison Capital Funding, LLC, as Agent