**EI LLC**
CASE NO. B-18-50945C-7W
MASTER SERVICE LIST AS OF FEBRUARY 22, 2019

WILLIAM P. MILLER, ESQ.
BANKRUPTCY ADMINISTRATOR
101 SOUTH EDGEWORTH STREET
GREENSBORO, NC 27401

JOHN PAUL H. COURNOYER , ESQ.
NORTHEN BLUE, LLP
STE 435, 1414 RALEIGH ROAD
CHAPEL HILL, NC 27517

JEFFREY R DUTSON, ESQ.
KING & SPALDING LLP
1180 PEACHTREE ST. N.E.
ATLANTA, GA 30309-3521

JOHN A. NORTHEN, ESQ.
P. O. BOX 2208
CHAPEL HILL, NC 27514-2208

VICKI L. PARROTT
P. O. BOX 2208
CHAPEL HILL, NC 27514-2208

FELTON E. PARRISH
HULL & CHANDLER, P.A.
1001 MOREHEAD SQUARE DR, STE 450
CHARLOTTE, NC 28203

LAFAVE'S CONSTRUCTION
C/O STACY C. CORDS, ESQ.
BURT & CORDES, PLLC
122 CHEROKEE ROAD, STE 1
CHARLOTTE, NC 28207

TRANE COMFORT SOLUTIONS INC
4501 S. TRYON STREET
CHARLOTTE, NC 28217

BANK OF AMERICA, N.A.
LEGAL ORDER PROCESSING
800 SAMOSET DRIVE
NEWARJM DE 19713

INTERNAL REVENUE SERVICE
FIVE RESOURCE SQUARE
10715 DAVID TAYLOR DR.
CHARLOTTE, NC 28262

IRS
149 S. RIDGEWOOD AVE.
DAYTONA BEACH, FL 32114

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

NC DEPARTMENT OF REVENUE
501 NORTH WILMINGTON ST
RALEIGH, NC 27604

BANKRUPTCY UNIT
NC DEPARTMENT OF REVENUE
PO BOX 1168
RALEIGH, NC 27602-1168

BANKRUPTCY UNIT
FLORIDA DEPARTMENT OF REVENUE
PO BOX 6668
TALLAHASSEE, FL 32314-6668

ATTN: BILL LANE
NC DEP OF ENVIRONMENTAL QUALITY
217 WEST JONES ST
RALEIGH, NC 27603

OFFICE OF THE GENERAL COUNSEL
FLORIDA DEPART OF ENVIRON PROT
3900 COMMONWEALTH BLVD., M.S. 35
TALLAHASSEE, FL 32399

OFFICE OF THE GENERAL COUNSEL
ENVIRONMENTAL PROTECTION AGENCY
1200 PENNSYLVANIA AV, NW, 2310A
WASHINGTON, DC 20460

REGION 4
ENVIRONMENTAL PROTECTION AGENCY
SAM NUNN ATLANTA FEDERAL CENTER
61 FORSYTH ST, SW
ATLANTA, GA 30303-8960

US DEPT OF JUSTICE
ATTY GEN FOR THE US
950 PENNSYLVANIA AV, NW
WASHINGTON, DC 20530-0001

JOSH STEIN
NC ATTORNEY GENERAL'S OFFICE
MAIL SERVICE CENTER 9001
RALEIGH, NC 27699-9001

PAM BONDI
OFFICE OF THE ATTY GEN STATE OF FLORIDA
THE CAPITOL PL-01
TALLAHASSEE, FL 32399-1050

SECRETARY OF LABOR
U.S. DEPARTMENT OF LABOR
200 CONSTITUTION AVE. NW S-2521
WASHINGTON, DC 20210

NC DEPARTMENT OF LABOR
4 WEST EDENTON ST
RALEIGH, NC 27601-1092

SECRETARY OF LABOR
U.S. DEPARTMENT OF LABOR
200 CONSTITUTION AVE. NW S-2521
WASHINGTON, DC 20210

FLORIDA DEPARTMENT OF ECONOMIC
OPPORTUNITY
107 EAST MADISON ST
TALLAHASSEE, FL 32399-4120

FOOD AND DRUG ADMINISTRATION
10903 NEW HAMPSHIRE AV
SILVER SPRING, MD 20993-0002

ATTN: ANITA MACMULLAN
NCDA&CS FOOD & DRUG PROTECTION DIVISION
1070 MAIL SERVICE CENTER
RALEIGH, NC 27699-1070

CASTLE & COOKE-NCRC
  PROPERTIES 1, LLC
210 OAK AV
KANNAPOLIS, NC 28081

ATTN: NATHAN ASPLUND
FLORIDA EAST COAST RAILWAY, L.L.C.
7411 FULLERTON ST, STE 300
JACKSONVILLE, FL 32256

GREATAMERICA FINANCIAL
  SERVICES CORPORATION
625 FIRST ST
CEDAR RAPIDS, IA 52401-2030

ATTN: BRIAN DIBELLA
PASS & SEYMOUR, INC.
50 BOYD AV
SYRACUSE, NY 13221

SCIODERM, INC.
1 CEDAR BROOK DR
CRANBURY, NC 08512

MRS ASSOCIATES LLC
ATTN:  MANAGING AGENT/JIM SCHWARZ
2220 BEACH BLVD
JACKSONVILLE, FL 32250-2653

FARAH LISA WHITLEY-SEBTI
CAITLIN A. COUNTS
101 S. TRYON STREET, #4000
CHARLOTTE, NC 28280

N. HUNTER WYCHE, JR.
WILSON RATLEDGE, PLLC
4600 MARRIOTT DRIVE, STE 400
RALEIGH, NC 27612

REGINALD B. GILLESPIE, JR.
WILSON RATLEDGE, PLLC
4600 MARRIOTT DRIVE, STE 400
RALEIGH, NC 27612

TERRI L. GARDNER, ESQUIRE
NELSON MULLINS RILEY &
  SCARBOROUGH LLP
GLENLAKE ONE, STE 200
4140 PARKLAKE AVENUE
RALEIGH, NC 27612

BRIAN R. ANDERSON
NEXSEN PRUET, PLLC
POST OFFICE BOX 3463
GREENSBORO, NC 27402

EMILY K. MATHER
K&L GATES LLP
POST OFFICE BOX 17047
RALEIGH, NC 27619-7047

REGINALD B. GILLESPIE, JR.
WILSON RATLEDGE, PLLC
4600 MARRIOTT DRIVE, STE 400
RALEIGH, NC 27612

ROBERT T. SCHMIDT
KRAMER LEVIN NAFTALIS, ET AL.
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036

THOMAS W. WALDREP, JR.
WALDREP LLP
101 S. STRATFORD ROAD, STE 210
WINSTON-SALEM, NC 27104

KIAH T. FORD IV, ESQ.
PARKER POE ADAMS & BERNSTEIN LLP
401 SOUTH TRYON STREET, STE 3000
CHARLOTTE, NC 28202

CHARLES M. SPRINKLE
HAYNSWORTH SINKLER BOYD, P.A.
P.O. BOX 2048
GREENVILLE, SC 29602

MARGARET R. WESTBROOK
K&L GATES LLP
POST OFFICE BOX 17047
RALEIGH, NC 27619-7047

JEFFREY R. DUTSON
KING & SPALDING LLP
1180 PEACHTREE STREET N.E.
ATLANTA, GA 30309-3521

PAUL B. HLAD
SANDS ANDERSON PC
1005 SLATER ROAD, STE 200
DURHAM, NC 27703

MATTHEW P. WEINER
POST OFFICE BOX 1801
RALEIGH, NC 27602-1801

ERIK M. HARVEY & JOSHUA H. BENNETT
BENNETT GUTHRIE LATHAM, PLLC
1560 WESTBROOK PLAZA DR
WINSTON-SALEM, NC 27103

BETH B. CARTER
LAW OFFICES OF BETH B. CARTER, PLLC
P.O. BOX 1553
DENVER, NC 28037

CHARLES M. SPRINKLE
HAYNSWORTH SINKLER BOYD, P.A.
P.O. BOX 2048
GREENVILLE, SC 29602

JILL C. WALTERS
WOMBLE BOND DICKINSON (US) LLP
555 FAYETTEVILLE STREET, STE 1100
RALEIGH, NC 27601

CABARRUS COUNTY TAX COLLECTIONS
PO BOX 707
CONCORD, NC 28026-0707

ESI ELECTRONIC SYSTEMS INSTALL INC
1148 FAYE LANE
SALISBURY, NC 28146

MADISON CAPITAL FUNDING LLC
ATTN:  PRODUCT QUEST ACT MANAGER
30 SOUTH WACKER DRIVE, STE 3700
CHICAGO, IL 60606

 TCG BDC, INC. C/O THE CARLYLE GROUP
ATTN: TOM HENNIGAN
520 MADISON AVENUE, 41ST FLOOR
NEW YORK, NY 10022

GSO DIAMOND PORTFOLIO BORROWER LLC
C/O GSO CAPITAL PARTNERS LP
345 PARK AVENUE, 31ST FLOOR
NE YORK, NY 10154

MIDCAP FINANCIAL TRUST
C/O MIDCAP FINANCIAL SERVICES, LLC
ATTN: LEGAL
7255 WOODMONT AVE, STE 200
BETHESDA, MD 20814

MIDCAP FUNDING IX TRUST
C/O MIDCAP FINANCIAL SERVICES, LLC
7255 WOODMONT AVE, STE 200
BETHESDA, MD 20814

NEWSTAR COMMERCIAL LOAN
FUNDING 2012-2 LLC, ET AL.
ATTN: LYNN/ CEDORCHUK
500 BOYLSTON STREET, STE 1250
BOSTON, MA 02116

PENNY HATHAWAY
2865 N CANNON BLVD
KANNAPOLIS, NC 28083

DARLENE FEGUSON
PO BOX 786
HARRISONBURG, VA 22803

TOMMY FERGUSON
415 NE AVE
KANNAPOLIS, NC 28083

DARLENE FEGUSON
PO BOX 786
HARRISONBURG, VA 22803

SAMIRA SMITH
514 MURPHY ST.
KANNAPOLIS NC, NC 28081

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
KANSAS CITY, MO 64999-0202

BENITA MORRIS
2865 N CANNON BLVD
KANNAPOLIS, NC 28083

DENISE FUNDERBURK
4279 FORESTRIDGE LANE
KANNAPOLIS, NC 28081

HENRY PAK, INC. C/O MARY M. CASKEY
HAYNSWORTH SINKLER BOYD, P.A.
PO BOX 11889
COLUMBIA, SC 29211

ALVIN DANIELS
2865 N. CANNON BLVD.
KANNAPOLIS, NC 28083

GEOGRAPHICS SCREENPRINTING, INC.
C/O BRIAN R. ANDERSON
P.O. BOX 3463
GREENSBORO, NC 27402

COMPLETE BIOPHARM CONSULTING LLC
3080 MOUNTAIN LION DR #206
LOVELAND, CO 80537

FASTENAL COMPANY
ATTN: LEGAL DEPT.
2001 THEURER BLVD.
WINONA, MN 55987

MADISON CAPITAL FUNDING LLC
ATTN: RICHARD STONE
30 S. WACKER DR., STE 3700
CHICAGO, IL 60606

ROWAN COUNTY TAX COLLECTOR
ATTN: MANAGING AGENT
402 NORTH MAIN ST.
SALISBURY, NC 28144

TCG BDC, INC. C/O PAUL V. POSSINGER
PROSKAUER ROSE LLP
70 WEST MADISON, STE 3800
CHICAGO, IL 60602

TRANE U.S. INC. C/O ANDREW S. LASINE, ESQ.
KEZIAH GATES LLP
PO BOX 2608
HIGH POINT, NC 27261-2608

AIR TIGER EXPRESS (USA) INC.
C/O LDTS STE 1905
100 MADISON STREET
SYRACUSE, NY 13202

AKORN, INC. DBA AKORN PHARMACEUTICALS
APRIL POLIKOFF, ASSOC. DIRECTOR
369 BAYVIEW AVE.
AMITYVILLE, NY 11701

NORDSON CORPORATION
ATTN: MANAGING AGENT
28601 CLEMENS ROAD
WESTLAKE, OH 44145

PHILIP HALL
2865 N CANON BLVD.
KANNAPOLIS, NC 28023

CITY ELECTRIC SUPPLY COMPANY
C/O SPROUSE LAW FIRM, PLLC
3101 POPLARWOOD COURT, STE. 115
RALEIGH, NC 27604

MECHELLE KELLEY ROGERS
2865 N CANON BLVD.
KANNAPOLIS, NC 28023

ON POINT ADVISORS, LLC
ATTN: MANAGING AGENT
8818 TERRACE FALLS DRIVE
SODDY DAISY, TN 37379

AMI SANDERS
3363 SAG HARBOR COURT
BUFORD, GA 30519

KAPS-ALLL PACKAGING SYSTEMS INC
200 MILL RD
RIVERHEAD, NY 11901

AMERICAN DISTILLING INC.
PO BOX 319
EAST HAMPTON, CT 06424-0319

CHEM INTERNATIONAL, INC.
225 LONG AVENUE BUILDING 15
HILLSIDE, NJ 07205

POLY TAINER, INC.
ATTN: MANAGING AGENT
450 W LOS ANGELES AVE
SIMI VALLEY, CA 93065

STALLINGS REFRIGERATION CO., INC.
6109 HUNTER AVENUE
CHARLOTTE, NC 28262

COMPLETE BIOPHARM CONSULTING LLC
3080 BUSINESS PARK DR,  STE 103
RALEIGH, NC 27610

DASTECH INC
ATTN: MANAGING AGENT
10 CUTTER MILL RD.
GREAT NECK, NY 11021

RESTEK CORPORATION
110 BENNER CIRCLE
BELLEFONTE, PA 16823

PATRICIA ANNE JACOBSON
302 YORK AVE
KANNAPOLIS, NC 28083-4444

AMY DANEEN SMITH
245 WINDING WAY
SALISBURY, NC 28147

PAK-TEC INC
ATTN: MANAGING AGENT
4381 CHARLOTTE HWY
LAKE WYLIE, SC 29710

FONDA WILSON
610 E. LAFAYETTE ST PO BOX 475
SALISBURY, NC 28144

ATLANTIC PETROLEUM COMPANY, LLC
1614 E. INNES ST.
SALISBURY, NC 28146

QUILL
ATTN: ADRIENNE CHAVIS
7 TECHNOLOGY CIRCLE
COLUMBIA SC 29203

SEPPIC INC.
COFACE NORTH AMERICA INS CO
650 COLLEGE ROAD EAST, STE 2005
PRINCETON, NJ 08540

TUBEX TUBENFABRIK WOLFSBERG GMBH
COFACE NORTH AMERICA INS COMPANY
650 COLLEGE ROAD EAST, STE 2005
PRINCETON, NJ 08540

W.W. GRAINGER, INC.
401 SOUTH WRIGHT ROAD
W4E C37
JANESVILLE, WI 53546

COMPLIANCE INSIGHT, INC.
497 CIRCLE FREEWAY DR., #230
CINCINNATI, OH 45246

FITZ-THORS ENGINEERING, INC.
3094 MORGAN RD.
BESSEMER, AL 35022

BRENNTAG MID-SOUTH INC.
3796 RELIABLE PARKWAY
CHICAGO, IL 60686-0037

INNOVATE GRAPHICS
ATTN: MANAGING AGENT
4600 STE H, LEBANON RD
CHARLOTTE, NC 28227

E.S.I ELECTRONIC SYSTEMS INSTALLATION INC
P.O BOX 7
GRANITE QUARRY, NC 28072

CHAMBERLAIN EXTERMINATORS, LLC
C/O STACY C. CORDES
122 CHEROKEE ROAD, STE 1
CHARLOTTE, NC 28207

SIGMA-ALDRICH, INC.
3050 SPRUCE STREET
ST. LOUIS, MO 63103

EULER HERMES NORTH AMERICA INSURANCE
COMPANY
800 RED BROOK BLVD.
OWINGS MILLS, MD 21117

ABF FREIGHT SYSTEM, INC.
ARCBEST, ATTN BANKRUPTCY DESK
PO BOX 10048
FORT SMITH, AR 72917

ALCAMI CORPORATION
ATTN: MANAGING AGENT
2320 SCIENTIFIC PARK DRIVE
WILMINGTON, NC 28405

DERMATA THERAPEUTICS, LLC
ATTN: MANAGING AGENT
3525 DEL MAR HEIGHTS ROAD #322
SAN DIEGO, CA 92130

SEDERMA, INC.
300A COLUMBUS CIRCLE
EDISON, NJ 08837

BIRCHWOOD LABORATORIES LLC
ATTN: MANAGING AGENT
7900 FULLER ROAD
EDEN PRAIRIE, MN 55344

DKSH NORTH AMERICA, INC.
COFACE NORTH AMERICA INS CO
650 COLLEGE ROAD EAST, STE 2005
PRINCETON, NJ 08540

TRINITY COMMERCIAL CLEANING
ATTN: MANAGING AGENT
795 WHITE OAKS RD.
MOORESVILLE, NC 28115

GIBSON GROUP CONSULTING, LLC DBA
DECISIONPATH HR
C/O JILL C. WALTERS
WOMBLE BOND DICKINSON (US) LLP
555 FAYETTEVILLE ST., STE 1100
RALEIGH, NC 27601

COMPOSTIES ONE LLC
85 W ALGONQUIN RD STE 600
CHICAGO, IL 60005

MICHAEL T WILLIAMS
P O BOX 2992
HUNTERSVILLE, NC 28070

FERGUSON ENTERPRISES INC.
1190 KENNESTONE CIRCLE, STE 100
MARIETTA, GA 30066

INK PHARMACEUTICALS, INC.
P.O. BOX 26730
OVERLAND PARK, KS 66225

EULER HERMES NORTH AMERICA INSURANCE
COMPANY
800 RED BROOK BLVD.
OWINGS MILLS, MD 21117

CRODA INC
ATTN: MANAGING AGENT
300A COLUMBUS CIRCLE
EDISON, NJ 08837-3907

EMPIREEMCO INC
ATTN: MANAGING AGENT
2430 NORTH FOREST RD, STE 125
GETZVILLE, NY 14068

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

PITNEY BOWES GLOBAL FINANCIAL SERVICES
LLC
27 WATERVIEW DRIVE
SHELTON, CT 06484

SCIENTIFIC NOTEBOOK COMPANY
3295 WEST LINCO ROAD
STEVENSVILLE, MI 49127

SOLARIS PHARMA CORPORATION
1031 US ROUTE 202/206, STE G200
BRIDGEWATER, NJ 08807

SHEPARD BROS., INC.
503 S. CYPRESS ST.
LA HABRA, CA 90631

THE NELSON COMPANY
ATTN: MANAGING AGENT
4517 NORTH POINT BLVD
BALTIMORE, MD 21219

XYTRUS
ATTN: MANAGING AGENT
PO BOX 63176
CHARLOTTE, NC 28263-3176

VEGE-KURL
412 W. CYPRESS ST.
GLENDALE, CA 91204

GAYLORD CHEMICAL COMPANY, L.L.C.
106 GALERIA BLVD
SLIDELL, LA 70458

ACTIVE CONCEPTS LLC
ATTN: MANAGING AGENT
107 TECHNOLOGY DRIVE
LINCOLNTON, NC 28092

TERRY LABORATORIES LLC
ATTN: MANAGING AGENT
7005 TECHNOLOGY DRIVE
MELBOURNE, FL 32904

SEDERMA INC
ATTN: MANAGING AGENT
300A COLUMBUS CIRCLE
EDISON, NJ 08837-3907

CRODA INC
ATTN: MANAGING AGENT
300A COLUMBUS CIRCLE
EDISON, NJ 08837-3907

THE CHEMOURS COMPANY FC, LLC
ATTN: KELLY BURNS
1007 MARKET STREET, LEGAL DEPT.
WILMINGTON, DE 19899

WHITEHOUSE LABORATORIES
26 CORPORATE CIRCLE
ALBANY, NY 12203

A.R. ARENA PRODUCTS, INC.
2101 MT READ BLVD
ROCHESTER, NY 14615

POSIMAT
ATTN: MANAGING AGENT
1646 NW 108 AVENUE
MIAMI, FL 33172

MICHEL MERCIER PRODUCTS, INC.
3470 SOUTH CLINTON AVE
S PLAINFIELD, NJ 07080

CARAUSTAR CUSTOM PACKAGING GROUP INC
PO BOX 115
AUSTELL, GA 30168-0115

ALKU TECHNOLOGIES, LLC
ATTN: MANAGING AGENT
PO BOX 844649
BOSTON, MA 02284-4649

ULINE SHIPPING SUPPLIES
12575 ULINE DRIVE
PLEASANT PRIDE, WI 53158

RESTEK CORPORATION
110 BENNER CIRCLE
BELLEFONTE, PA 16823

UNITED STATES PHARMACOPEIA
12601 TWINBROOK PKWY
ROCKVILLE, MD 20852

ALBEA AMERICAS, INC.
191 ROUTE 31 NORTH
WASHINGTON, NJ 07882

ROYAL PAPER BOX CO
ATTN: MANAGING AGENT
1105 S MAPLE AVENUE
MONTEBELLO, CA 90640

ACTIVES INTERNATIONAL LLC
ATTN: MANAGING AGENT
6 PEARL CT. STE G
ALLENDALE, NJ 07401

MG NEWELL CORPORATION
301 CITATION COURT
GREENSBORO, NC 27409

RICHARDS PACKAGING INC.
ATTN: MANAGING AGENT
22144 CLARENDON ST # 260
WOODLAND HILLS, CA 91367

CONSOLIDATED DESIGN WEST INC.
ATTN: MANAGING AGENT
1345 S. LEWIS STREET
ANAHEIM, CA 92805

DKSH NORTH AMERICA INC
ATTN: MANAGING AGENT
350 CLARK DRIVE, STE 325
MOUNT OLIVE, NJ 07828

KRAFT CHEMICAL COMPANY
ATTN: MANAGING AGENT
1975 N. HAWTHORNE AVE.
MELROSE PARK, IL 60160

MAC-MOD ANALYTICAL INC.
PO BOX 587
CHADDS FORD, PA 19317

CENTERCHEM INC.
20 GLOVER AVENUE
NORWALK, CT 06850

CLARKE ENGINEERING SERVICES, LLC
9100 FALL VIEW DRIVE
SEAPORT WEST
155 SEAPORT BOULEVARD
FISHERS, IN 46037

ZORO TOOLS INC
PO BOX 5233
JANESVILLE, WI 53547-5233

WESTERN SHIELD LABEL COMPANY
ATTN: MANAGING AGENT
2146 E. GLADWICK STREET
RANCHO DOMINGUEZ, CA 90220

SOLABIA USA
ATTN: MANAGING AGENT
60 BROAD STREET, STE 3502
NEW YORK, NY 10004

SYMRISE INC
ATTN: MANAGING AGENT
PO BOX 5801
CAROL STREAM, IL 60197-5801

KLEIN ANDERSON CORP.
3268 GOVERNOR DRIVE #F305
SAN DIEGO, CA 92122

PALL CORPORATION
ATTN: MANAGING AGENT
25 HARBOR PARK DRIVE
PORT WASHINGTON, NY 11050

ORIENT STARS, LLC
1675 W 9TH STREET
LONG BEACH, CA 90813

CARTON SERVICE, INCORPORATED
C/O LACY, PRICE & WAGNER, P.C.
249 N. PETERS ROAD, STE 101
KNOXVILLE, TN 37923

CARTON SERVICE CSI, LLC
C/O LACY, PRICE & WAGNER, P.C.
249 N. PETERS ROAD, STE 101
KNOXVILLE, TN 37923

ARCH PERSONAL CARE PRODUCTS, L.P.
A LONZA COMPANY/EVAN ZISHOLTZ
412 MOUNT KEMBLE AVENUE
MORRISTOWN, NJ 07960

THE QUANTIC GROUP, LTD.
SAIBER LLC | ATTN: JOHN M. AUGUST, ESQ.
18 COLUMBIA TURNPIKE, STE 200
FLORHAM PARK, NJ 07932-2266

PPD DEVELOPMENT LP
ATTN: MANAGING AGENT
8551 RESEARCH WAY, STE 90
MIDDLETON, WI 53562

UNIVAR USA INC.
17411 NE UNION HILL ROAD
REDMOND, WA 98052-3375

HIRE DYNAMICS
ATTN: JUDY HILLEY
1845 SATELLITE BOULEVARD, STE 800
DULUTH, GA 30097

AIRGAS USA LLC
2015 VAUGHN RD, BLDG 400
KENNESAW, GA 30144

SUPPLYONE ROCKWELL INC
ATTN: MANAGING AGENT
PO BOX 1469
ROCKWELL, NC 28138

GREATAMERICA FINANCIAL SERVICES
ATTN: MANAGING AGENT
P O BOX 609
CEDAR RAPIDS, IA 52406-0609

COSMETIC SPECIALTIES INTERNATIONAL
ATTN: MANAGING AGENT
550 EAST THIRD STREET
OXNARD, CA 93030

LALILAB, INC.
1415 HAMLIN RD.
DURHAM, NC 27704

CONSOLIDATED LABEL CO.
2001 EAST LAKE MARY BLVD.
SANFORD, FL 32773

MAR COR PURIFICATION, INC.
PO BOX 1429
SKIPPACK, PA 19474

BAY AREA ENGINEERS CORP.
ATTN: MANAGING AGENT
2526 VIA VERDE
WALNUT CREEK, CA 94598

AIG PROPERTY CASUALTY, INC.
80 PINE STREET, 13TH FLOOR
NEW YORK, NY 10005

HEYWARD EVANS
221 S. MAIN STREET
WINGATE, NC 28174

ATLANTIC COAST MEDIA GROUP, LLC
C/O ROY M. TERRY, JR., ESQUIRE
SANDS ANDERSON PC
P.O. BOX 1998
RICHMOND, VA 23218-1998

CHAZ VERNON
MICROBIOLGIST II
9052 AVEBURY DR
CHARLOTTE NC 28213

FAIRBORN EQUIPMENT OF THE CAROLINAS, INC.
PO BOX 697
LOCUST, NC 28097

ALVOGEN, INC. C/O ROBERT T. SCHMIDT
KRAMER LEVIN NAFTALIS, ET AL.
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

CALL INC. D/B/A ROCHESTER
PHARMACEUTICALS
MARGARET R. WESTBROOK | K&L GATES LLP
POST OFFICE BOX 17047
RALEIGH, NC 27619-7047

BARALAN USA, INC.
120-19 89TH AVE.
RICHMOND HILL, NY 11418

ESSENTIAL INGREDIENTS, INC.
2408 TECH CENTER PKWY, STE 200
LAWRENCEVILLE, GA 30043

KROY LLC
3830 KELLEY AVENUE
CLEVELAND, OH 44114

ARCH INVESTMENT HOLDINGS IV LTS
ATTN:  DAVID MULHOLLAND
100 PITTS BAY ROAD
PEMBROKE HM 08
BERMUDA

DANICA PENSIONSFORSIKRING A/S
PARALLELVEJ 17
KGS. LYNGBY
DK-2800
DENMARK

SEB PENSIONFORSIKRING
ATTN:  LISE WEDEL
BERNSTRFFSGADE 50
1577 CPENHABEN V
DENMARK

SEB PENSION
PO 100 0900
COPENHAGEN C
DENMARK

TLC PHARMACEUTICAL STANDARDS LTD
UNIT 7 & 8
305 INDUSTRIAL PARKWAY S
AURIRA, ONTARIO
CANADA
L4G 6X7

TOPDANMARK LIVFORSIKRING A/S
ATTN: LAURIDSEN & LARSEN
BORUPVANG 4
DK - 2750 BALLERUP
DENMARK

COUNCIL OF EUROPE-EUROPEAN
ATTN: MANAGING AGENT
DIRECTORATE-QUALITY OF MEDICIN
7, ALLEE KASTNER
STRASBOURG, 67081

PATENTPORTFOLIO S.A.R.L.
68, RUE MARIE-ADLADE
L-2128 LUXEMBOURG