THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Product Quest Manufacturing, LLC,** *et al.*,[1] | ) | **Case No. 18-50946** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**MOTION TO AUTHORIZE THE DEBTORS' TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The above-captioned debtors-in-possession (collectively, the "Debtors"), file this *Motion to Authorize the Debtors' to Reject Certain Executory Contracts and Unexpired Leases* (the "Motion").  In support of this Motion, the Debtors respectfully represent as follows:

**CONTRACTS SOUGHT TO BE REJECTED**

**This motion seeks authority to reject certain executory contracts and unexpired leases.  The names of the parties, and the associated contracts and leases sought to be rejected pursuant to this Motion, are attached hereto as Exhibit A.**

**JURISDICTION AND VENUE**

1.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334.  Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these cases, along with the associated case number, are: (i) Ei LLC (18-50945); (ii) Product Quest Manufacturing, LLC (18-50946); (iii) Scherer Labs International, LLC (18-50948); (iv) Product Quest Logistics, LLC (18-50950); (v) JBTRS, L.L.C. (18-50951); and (vi) PQ Real Estate LLC (18-50952).  The Debtors' service address is: 2865 N. Cannon Blvd., Kannapolis, North Carolina 28083.

2. The predicates for the relief requested herein are sections 365 and 1107 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3. On September 7, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of North Carolina (the "Court"). The Debtors have continued in possession of their properties and have continued to manage their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. The Bankruptcy Administrator has filed notices of the formation of unsecured creditors' committees in the cases of Ei LLC (Case No. 18-50945) and Product Quest Manufacturing, LLC (Case No. 18-50946).

4. On September 13, 2018, this Court enter an Order determined that the Debtors' cases should be jointly administered pursuant to Bankruptcy Rule 1015(b).

5. The factual background relating to the Debtors' commencement of these cases is set forth in detail in the *Declaration of Michael J. Musso in Support of First Day Motions and Applications* (the "First Day Declaration") filed on the Petition Date and incorporated herein by reference.

6. The Debtors are in the process of conducting an orderly wind-down of their businesses. Through this process, the Debtors' intend to sell all tangible and intangible assets in their respective bankruptcy estates, subject to Court approvals as necessary.

## RELIEF REQUESTED

7. The Debtors have identified certain executory contracts and unexpired leases that are no longer necessary in connection with the operation of their businesses or the orderly wind-down and liquidation of assets.

8. <u>Exhibit A</u> contains an alphabetical listing by Debtor of the parties and the corresponding contracts and leases to be rejected, in compliance with Fed. R. Bankr. 6006(f).

9. Sections 365(a) and 1107 of the Bankruptcy Code authorize a debtor-in-possession to reject any executory contract or unexpired lease, subject to bankruptcy court approval.

10. Although section 365(a) does not provide a standard for determining when rejection is appropriate, bankruptcy courts have traditionally applied the "business judgment" standard in determining whether to permit the rejection of an executory contract or unexpired lease. *See NLRB v. Bildisco & Bildisco,* 465 U.S. 513, 523 (1984); *Lubrizol Enterprises., Inc., v. Richmond Metal Finishers (In re Richmond Metal Finishers, Inc.),* 756 F. 2d 1043, 1046-47 (4th Cir. 1985), cert. denied, 475 U.S. 1057 (1986); *In re Minges,* 602 F. 2d 38, 42 (2d Cir. 1979). The decision to reject a lease or executory contract is to be accepted unless it is shown that the debtor's decision was one taken in bad faith or in gross abuse of the debtor's retained business discretion. *Lubrizol Enterprises, Inc. v. Richmond Metal Finishers*, supra.

11. The contracts and leases sought to be rejected in this motion include equipment leases, telecom contracts, software and IT agreements, maintenance agreements, and other contracts that are not necessary in connection with the Debtors' limited wind-down operations, nor will they be necessary in connection with any sale of the Debtors' assets. Therefore, the Debtors' have satisfied the business judgment standard in seeking rejection of these leases and contracts.

## **NOTICE**

Pursuant to this Court's Order Establishing Notice and Administrative Procedures, notice of this Motion shall be provided to the Master Service List and all parties identified in Exhibit A. In light of the nature of the relief requested, the Debtors submit that no further notice is necessary.

## **CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter an Order:

(a)  authorizing the Debtors' to reject, pursuant to 11 U.S.C. § 365, the executory contracts and unexpired leases identified in Exhibit A attached hereto; and

(b)  granting the Debtors such other and further relief as is just and proper.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Dated: October 4, 2018                    Respectfully submitted,

                                                            NORTHEN BLUE LLP

                                                            /s/ John Paul H. Cournoyer
                                                            John A. Northen
                                                            North Carolina State Bar No. 6789
                                                            jan@nbfirm.com
                                                            Vicki L. Parrott
                                                            North Carolina State Bar No. 25449
                                                            vlp@nbfirm.com
                                                            John Paul H. Cournoyer
                                                            North Carolina State Bar No. 42224
                                                            jpc@nbfirm.com
                                                            1414 Raleigh Road, Suite 435
                                                            Chapel Hill, North Carolina  27517
                                                            Telephone:  (919) 968-4441

                                                            PROPOSED COUNSEL FOR THE
                                                            DEBTORS-IN-POSSESSION

| DebtorName/CaseNumber | Contract/Lease Counterparty | Address 1 | Address 2 | City | State | Zip | Country | Contract/Lease Description |
|---|---|---|---|---|---|---|---|---|
| Ei LLC/18-50945 | A&F Vending | 1901 South Main St | | Kannapolis | NC | 28081 | USA | Vending Machine |
| Ei LLC/18-50945 | Agilent Service | 2850 Centerville Rd | | Wilmington | DE | 19808 | USA | Lab Preventative Maintenance - multiple separate contracts |
| Ei LLC/18-50945 | Carolina Handling LLC | PO Box 890352 | | Charlotte | NC | 28289 | USA | EQUIPMENT LEASE - multiple separate contracts |
| Ei LLC/18-50945 | CITRIX SYSTEMS, INC. | 851 W. CYPRESS CREEK RD. | | FORT LAUDERDALE | FL | 33309 | USA | LICENSE |
| Ei LLC/18-50945 | Crown Lift Truck Rental | 6401 Westmoreland Dr | | Concord | NC | 28027 | USA | Forklift Rental |
| Ei LLC/18-50945 | Dex Imaging Inc | 2915 Whitehall Park | | Charlotte | NC | 28273 | USA | EQUIPMENT LEASE - multiple separate contracts |
| Ei LLC/18-50945 | GREAT AMERICA FINANCIAL | P O BOX 609 | | CEDAR RAPIDS | IA | 52406-0609 | USA | EQUIPMENT LEASE - multiple separate contracts |
| Ei LLC/18-50945 | MINITAB | 1829 Pine Hall RD | | Stte College | PA | 16801 | USA | Software |
| Ei LLC/18-50945 | NAVISITE, LLC | LOCKBOX #5138 | PO BOX 7247 | PHILADELPHIA | PA | 19170-5138 | USA | Software |
| Ei LLC/18-50945 | Pitney Bowes | 3001 Summer St. | | Samford | CT | 06926 | USA | Postage Machine |
| Ei LLC/18-50945 | TOSHIBA BUSINESS SOLUTIONS | 9201-J SOUTHERN PINE BLVD | | CHARLOTTE | NC | 28273 | USA | EQUIPMENT LEASE - multiple separate contracts |
| Ei LLC/18-50945 | TraceLink Enterprise | 400 Riverpark Drive | Suite 200 | North Reading | MA | 01864 | USA | Web Based Services |
| Ei LLC/18-50945 | Unifirst | 1901 Equitable Place | | Charlotte | NC | 28262 | USA | Uniforms - multiple separate contracts |
| Ei LLC/18-50945 | VOICEFUXION | PO Box 463 | | China Grove | NC | 28023 | USA | TELECOM |
| Ei LLC/18-50945 | WATERS CORPORATION | 4559 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 | USA | Software Maintenance |
| Ei LLC/18-50945 | Waters Software Maintenance | 34 Maple Steet | | Milford | MA | 01757 | USA | Software Maintenance |
| Product Quest Manufacturing, LLC/18-50946 | Airgas National Welders | PO Box 31007 | | Charlotte | NC | 28231 | USA | Gas Agreement |
| Product Quest Manufacturing, LLC/18-50946 | Aramark | 2680 Palenbo Dr | | Lexington | KY | 45509 | USA | Uniforms - multiple separate contracts |
| Product Quest Manufacturing, LLC/18-50946 | CIT BANK NA | 21146 NETWORK PLACE | | CHICAGO | IL | 60673-1211 | USA | EQUIPMENT LEASE - multiple separate contracts |
| Product Quest Manufacturing, LLC/18-50946 | CROWN EQUIPMENT CORPORATION | PO BOX 641173 | | CINCINNATI | OH | 45264-1173 | USA | Equipment rental |
| Product Quest Manufacturing, LLC/18-50946 | DarkTrace | Cowley Road | | Cambridge | | CB4 0DS | UK | IT Services |
| Product Quest Manufacturing, LLC/18-50946 | Dex Imaging Inc | 2915 Whitehall Park | | Charlotte | NC | 28273 | USA | EQUIPMENT LEASE - multiple separate contracts |
| Product Quest Manufacturing, LLC/18-50946 | Florida Shores | 3220 W State Rd | | Edgewater | FL | 32132 | USA | Trailer Rental |
| Product Quest Manufacturing, LLC/18-50946 | Go to Meeting/Logmein | 333 Summer Street | | Boston | MA | 02210 | USA | TELECOM |
| Product Quest Manufacturing, LLC/18-50946 | GREAT AMERICA FINANCIAL | P O BOX 609 | | CEDAR RAPIDS | IA | 52406-0609 | USA | EQUIPMENT LEASE - multiple separate contracts |
| Product Quest Manufacturing, LLC/18-50946 | Greg's Vending | 495 N Highway 17-92 | Suite 141 | Longwood | FL | 32750 | USA | Vending Machine |
| Product Quest Manufacturing, LLC/18-50946 | Lighthouse Services | 1710 Walton Rd | Suite 204 | Blue Bell | PA | 19422 | USA | CMS Administraitor |
| Product Quest Manufacturing, LLC/18-50946 | MAR COR PURIFICATION INC | 16233 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | USA | Water Purfication |