THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Product Quest Manufacturing, LLC, *et al.*,[1] | ) | Case No. 18-50946 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## FINAL REPORT

The above-captioned debtors and debtors in possession (collective, the "Debtors"), by and through counsel, submit the following Final Report as to the administration of the Chapter 11 proceedings:

1. On September 7, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of North Carolina (the "Court"). On September 13, 2018, this Court entered an Order determining that the Debtors' cases should be jointly administered pursuant to Bankruptcy Rule 1015(b).

2. No Chapter 11 Plan was submitted or approved.

---

[1] The Debtors in these cases, along with the associated case number, are: (i) Ei LLC (18-50945); (ii) Product Quest Manufacturing, LLC (18-50946); (iii) Scherer Labs International, LLC (18-50948); (iv) Product Quest Logistics, LLC (18-50950); (v) JBTRS, L.L.C. (18-50951); and (vi) PQ Real Estate LLC (18-50952). The Debtors' service address is: 2865 N. Cannon Blvd., Kannapolis, North Carolina 28083.

3. As reported in the monthly operating reports, the combined receipts and disbursements during the pendency of the Chapter 11 cases were as follows:

| Operating Month | Receipts | Disbursements |
|---|---|---|
| September 7 – 30, 2018 (as amended) | $3,539,626.00 | $470,276.00 |
| October 2018 | $4,035,030.00 | $1,247,469.00 |
| *Totals:* | *$7,574,656.00* | *$1,717,745.00* |

4. The Debtors sold certain inventory and other customer-specific assets to its customers, in the course of its orderly wind-down and liquidation of assets, pursuant to the Order Authorizing Procedures (I) To Conduct Bulk Sales of Certain Inventory and Other Customer-Specific Assets Free and Clear of Liens Pursuant to 11 U.S.C. § 363(f), (II) Resolve Outstanding Accounts Receivable, and (III) Return Customer-Owned Assets [Dkt. No. 125]. No sales of real estate, equipment, or other substantial tangible property closed during the pendency of the Chapter 11 cases.

5. No applications for professional fees and expenses were filed during the Chapter 11 period. Professionals shall file fee applications for fees through the date of conversion.

6. Court costs were paid as follows:

| Court Payee | Cost | Amount |
|---|---|---|
| Clerk, US Bankruptcy Court | 3Q 2018 fees paid by Ei LLC | $4,875.00 |
| Clerk, US Bankruptcy Court | 3Q 2018 fees paid by Product Quest Manufacturing, LLC | $975.00 |
| Clerk, US Bankruptcy Court | 3Q 2018 fees paid by Scherer Labs International, LLC | $325.00 |
| Clerk, US Bankruptcy Court | 3Q 2018 fees paid by Product Quest Logistics, LLC | $325.00 |
| Clerk, US Bankruptcy Court | 3Q 2018 fees paid by JBTRS, LLC | $325.00 |
| Clerk, US Bankruptcy Court | 3Q 2018 fees paid by PQ Real Estate, LLC | $325.00 |
| Clerk, US Bankruptcy Court | Filing fee – sale motion | $181.00 |
| Clerk, US Bankruptcy Court | Filing fee – sale motion | $181.00 |
| Clerk, US Bankruptcy Court | Filing fee – motion to convert cases | $15.00 |
| *Total:* | | *$7,527.00* |

Dated: November 28, 2018         Respectfully submitted,

NORTHEN BLUE LLP

<u>/s/ John Paul H. Cournoyer</u>
John A. Northen, NCSB No. 6789
jan@nbfirm.com
Vicki L. Parrott, NCSB No. 25449
vlp@nbfirm.com
John Paul H. Cournoyer, NCSB No. 42224
jpc@nbfirm.com
1414 Raleigh Road, Suite 435
Chapel Hill, North Carolina 27517
Telephone: (919) 968-4441
*Counsel for the Debtors*