**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 01/11/2019 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Funds On Hand from Ch. 11 Operations (u) | Unknown | 300,000.00 | | 300,000.00 | FA | 0.00 | 0.00 |
| 2. 19.3 Raw Materials, Packaging | 3,535,265.00 | Unknown | | 75,622.73 | Unknown | 0.00 | 0.00 |
| 3. 11.a. Accounts Receivable, 90 Days Old or Less, Retail | 1,874,868.73 | Unknown | | 174,010.20 | Unknown | 0.00 | 0.00 |
| 4. 7.1 Deposits | 64,930.34 | Unknown | | 1,532.62 | Unknown | 0.00 | 0.00 |
| 5. Refund for Unused Portion of D&O Policy (Willis of Texas, Inc.) (u) | Unknown | 65,469.99 | | 65,469.99 | 0.00 | 0.00 | 0.00 |
| 6. 19.2 Raw Materials, Chemicals | 4,848,495.10 | Unknown | | 392,346.00 | Unknown | 0.00 | 0.00 |
| 7. 3.1 Bank of America Deposity (5747) | 2,739,361.78 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 8. 3.2 Bank of America Disbursement (8917) | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. 3.3 Bank of America Payroll (8933) | 36,365.45 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 10. 3.4 Bank of America Petty Cash (8920) | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. 3.5 Bank of America SBR (3190) | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. 7.1 Deposits, including security deposits and utility deposits | 64,930.34 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 13. 8.1 Prepayments | 479,480.52 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 14. 11.a. Accounts Receivable, 90 Days Old or Less, Contract | 1,450,502.48 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 15. 11.b. Accounts Receivable Over 90 Days Old, Contract | 230,368.61 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 16. 11.b. Accounts Receivable Over 90 Days Old, Retail | 176,436.42 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 17. 11.b. Accounts Receivable Over 90 Days Old, Technology | 14,191.67 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 18. 19.1 Raw Materials, Bulk | 2,033,038.90 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 19. 20.0 Work In Progress | 168,018.10 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 20. 21.1 Finished Goods - Contract | 5,220,888.20 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 21. 21.2 Finished Goods - In Transit | 280,258.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 01/11/2019 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 22. 22.1 Other Inventory or Supplies, Excess & Obsolete Reserves | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. 39.1 Office Furniture | 29,773.39 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 24. 40.1 Office Fixtures QC Office HVAC | 1,321.33 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 25. 41.0 Office equipment, computers, systems and softwares | 171,459.01 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 26. 47.0 Automobiles, vans, trucks, motorcycles, trailers, & titled farm vehicles | 37,758.80 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 27. 50.0 Other Machinery, fixutres & equipment | 3,592,210.83 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 28. 77.1 Other Property, Intercompany Debt (90 Days Old or Less) | 92,101.33 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 29. 77.2 Other propety, Intercompany Debt (Over 90 Days) | 434.27 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 30. 60.0 Patents, Copyrights, Trademarks & Trade Secrets | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 31. 63.1 Customer Lists, Mailing List & Other Compilations | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 32. 65.0 Goodwill | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 33. 74.0 Causes of Action  The representations and warranties insurance claim arises from alleged breaches in certain representations and warranties made by former owners to the Kainos Capital acquisition entity in the August 14, 2015, Contribution and Unit Purchase Agreement, relating to the acquisition of Product Quest Manufacturing, LLC.  The Trustee believes that this asset has been assigned to Lender and the Lender is separately pursuing recovery.  the only value to the estate for this asset is that any recovery will reduce Lender's claim in this case. | Unknown | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

Page: 3

|  |  |  | Gross Value of Remaining Assets |  |  |  |
|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $27,142,458.60 | $365,469.99 | $1,008,981.54 | $0.00 | $0.00 | $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |  |  |  |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FIRST INTERIM

Orders were entered during the preceding quarter authorizing the Debtor to continue to operate the business of Product Quest Manufacturing in order to effect an orderly wind-down. In connection therewith, the Trustee has submitted to the Court a Monthly Report of Operations During the Month of November, reference to which is hereby made. Additional Monthly Reports will be filed.

Generally, this is a case where the lender is underwater and all assets are over collateralized. Efforts are being made toward the sale of all of the assets and a "turn key" sale. Should that sale not be forthcoming, piecemeal liquidation of the assets will be undertaken utilizing the services of the Tiger Group, the Trustee's court authorized liquidation agent.

During the upcoming quarter efforts will continue toward the liquidation of estate assets. In addition, the Trustee intends to investigate the existence of Section 547 preference claims and potential claims under insurance policies maintained by the Debtor.

Initial Projected Date of Final Report (TFR): 12/21/2020    Current Projected Date of Final Report (TFR): 12/21/2020

Trustee Signature:    /s/ C. EDWIN ALLMAN, III, Trustee    Date: 01/11/2019

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX4401
For Period Ending: 12/31/2018

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 11/20/18 | 1 | Product Quest Manufacturing LLC<br>2865 N. Cannon Blvd.<br>Kannapolis, NC 28083 | Funds On Hand from Ch. 11 Operations | 1290-000 | $300,000.00 | | $300,000.00 |
| 11/27/18 | 4 | PRODUCT QUEST MANUFACTURING LLC<br>DEBTOR IN POSSESSION<br>2865 N. CANNON BLVD.<br>KANNAPOLIS, NC 28083 | DEPOSITS AND PREPAYMENTS (#81) Vanderbilt Minerals | 1129-000 | $1,532.62 | | $301,532.62 |
| 11/27/18 | 3 | PRODUCT QUEST MANUFACTURING LLC<br>DEBTOR IN POSSESSION<br>2865 N. CANNON BLVD.<br>KANNAPOLIS, NC 28083 | AR/ LESS THAN 90 DAYS, RETAIL CHAIN DRUG | 1129-000 | $28,865.40 | | $330,398.02 |
| 12/06/18 | 101 | FPL<br>9250 West Flagler Street, Suite 2420<br>Miami, FL 33174 | Power Bills - Multiple Locations 76845-06046: $81.71; 23291-31169: $71.90 07263-70174: $1,315.11; 45335-21169: $158.92 77634-53003: $298.33; 81480-84091: $150.34 23775-43000: $128.20; 93475-41162: $95.89 55999-31168: $173.78 | 2690-000 | | $2,474.18 | $327,923.84 |
| 12/07/18 | 5 | Willis of Texas, Inc.<br>c/o National Accounting Center<br>26 Century Boulevard<br>Nashville, TN 37214 | Overpayment of Funds for D&O Policy | 1129-000 | $65,469.99 | | $393,393.83 |
| 12/11/18 | 6 | PRODUCT QUEST MANUFACTURING LLC<br>2865 N. CANNON BLVD.<br>KANNAPOLIS, NC 28083 | 19.2 PREPAY CHEMICALS (STARCO/BOV SOLUTIONS) WIRE RECEIVED 12/4/18 INTO DEPOSIT ACCOUNT | 1129-000 | $390,518.23 | | $783,912.06 |

Page Subtotals:  $786,386.24    $2,474.18

Page: 2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking

Taxpayer ID No: XX-XXX4401
For Period Ending: 12/31/2018

Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/18 | 102 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188-0001 | Electric Bills<br>93475-41162 (440 Fentress #1): $731.73<br>23775-43000 (440 Fentress #3): $1,120.38<br>40250-53002 (440 Fentress Ste 101): $326.02 | 2690-000 | | $2,178.13 | $781,733.93 |
| 12/19/18 | 103 | TRAILER BRIDGE, INC.<br>10405 NEW BERLIN ROAD EAST<br>JACKSONVILLE, FL 32226 | INVOICE #190381-1<br>PICKUP PQ HOLLY HILL;<br>DELIVER EI KANNAPOLIS | 2690-000 | | $890.00 | $780,843.93 |
| 12/21/18 | 104 | Paychex<br>Human Resource Services<br>General Post Office<br>PO Box 29769<br>New York, NY 10087-9769 | Client #0944-Y4392935<br>One-half of statement #'s 18902246 (Oct-18), 18915848 (Nov-18), 18911524 (Sept-18) and 18911524 (Oct-18) | 2690-000 | | $2,626.50 | $778,217.43 |
| 12/26/18 | 105 | WILLIS OF TEXAS, INC.<br>PO BOX 731739<br>DALLAS, TX 75373-1739 | INVOICE #2252776 Reversal<br>MATH ERROR - CHECK CUT FOR $0.01 LESS (SEE CHECK #108) | 2690-000 | | ($20,558.87) | $798,776.30 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $148.21 | $798,628.09 |
| 12/26/18 | 105 | WILLIS OF TEXAS, INC.<br>PO BOX 731739<br>DALLAS, TX 75373-1739 | INVOICE #2252776<br>PRODUCT QUEST MANUFACTURING'S PORTION OF:<br>POLICY #'S 79500803 (RENEWAL BUSINESS); 795008903 (SURPLUS LINES TAX); 795008903 (STAMPING FEE); 795008903 (DEM EMP); 795008903 (SURPLUS LINES TAX) | 2690-000 | | $20,558.87 | $778,069.22 |

Page Subtotals: $0.00   $5,842.84

Page: 3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc
Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX4401
For Period Ending: 12/31/2018

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/26/18 | 106 | WILLIS OF TEXAS, INC.<br>PO BOX 731739<br>DALLAS, TX 75373-1739 | INVOICE #2252790<br>PRODUCT QUEST<br>MANUFACTURING'S<br>PORTION OF:<br>POLICY #'S W19803180401<br>(RENEWAL BUSINESS);<br>W1903180401 (SURPLUS<br>LINES TAX); W19803180401<br>(STAMPING FEE);<br>W19803180401 (DEM EMP);<br>W19803180401 (SURPLUS<br>LINES TAX) | 2690-000 | | $44,294.34 | $733,774.88 |
| 12/26/18 | 107 | WILLIS OF TEXAS, INC.<br>PO BOX 731739<br>DALLAS, TX 75373-1739 | INVOICE # 2252794<br>PRODUCT QUEST<br>MANUFACTURING'S<br>PORTION OF:<br>POLICY # US00072720PR18A<br>(RENEWAL BUSINESS) | 2690-000 | | $2,558.42 | $731,216.46 |
| 12/26/18 | 108 | WILLIS OF TEXAS, INC.<br>PO BOX 731739<br>DALLAS, TX 75373-1739 | INVOICE #2252776<br>PRODUCT QUEST<br>MANUFACTURING'S<br>PORTION OF:<br>POLICY #'S 79500803<br>(RENEWAL BUSINESS);<br>795008903 (SURPLUS LINES<br>TAX); 795008903 (STAMPING<br>FEE); 795008903 (DEM EMP);<br>795008903 (SURPLUS LINES<br>TAX) | 2690-000 | | $20,558.86 | $710,657.60 |

Page Subtotals: $0.00 $67,411.62

Page: 4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946  
Case Name: Product Quest Manufacturing, Llc  

Trustee Name: C. EDWIN ALLMAN, III, Trustee  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0906  
Checking  

Taxpayer ID No: XX-XXX4401  
For Period Ending: 12/31/2018  

Blanket Bond (per case limit): $600,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/18 | | Product Quest Manufacturing LLC<br>2865 N. Cannon Blvd.<br>Kannapolis, NC 28083 | RECEIPTS 12/17/18 - 12/21/18<br>SPLIT<br>12/18/18 CGI Packing ($75,622.73)<br>12/19/18 Valeant A/R Contract ($38,286.21)<br>12/19/18 Valeant Pre-Pay Chemical ($1,827.77)<br>12/19/18 Topco A/R Retail ($79,685.30)<br>12/19/18 Chain Drug A/R Retail ($18,768.49)<br>12/19/18 Chain Drug A/R Retail ($8,404.80) | | $222,595.30 | | $933,252.90 |
| | | | Gross Receipts            $222,595.30 | | | | |
| | 2 | | 19.3 Raw Materials, Packaging    $75,622.73 | 1129-000 | | | |
| | 3 | | 11.a. Accounts Receivable, 90 Days Old or Less, Retail    $145,144.80 | 1121-000 | | | |
| | 6 | | 19.2 Raw Materials, Chemicals    $1,827.77 | 1129-000 | | | |
| 12/28/18 | 109 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-00001 | Power Bills - Multiple Locations<br>Account No. Statement Date Service Address Amount<br>07263-70174 Dec 19 2018 330 Carswell Ave $1,282.81<br>23291-31169 Dec 19 2018 343 Carswell Ave $48.70<br>45335-21169 Dec 19 2018 330 Carswell Ave # Garage $174.51<br>55999-31168 Dec 19 2018 343 Carswell Ave # Rear $196.16<br>76845-06046 Dec 19 2018 330 Carswell Ave # OL $129.01<br>77634-53003 Dec 19 2018 540 Carswell Ave $836.36<br>81480-84091 Dec 19 2018 330 Carswell Ave # AC $41.16<br>TOTAL  $2,708.71 | 2690-000 | | $2,708.71 | $930,544.19 |

Page Subtotals:                                                                                                  $222,595.30     $2,708.71

Page: 5

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $1,008,981.54 | $78,437.35 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,008,981.54 | $78,437.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,008,981.54 | $78,437.35 |

Page Subtotals: $0.00 $0.00

Page: 6

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0906 - Checking | $1,008,981.54 | $78,437.35 | $930,544.19 |
|  | $1,008,981.54 | $78,437.35 | $930,544.19 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $1,008,981.54 |
| Total Gross Receipts: | $1,008,981.54 |

Trustee Signature: /s/ C. EDWIN ALLMAN, III, Trustee       Date: 01/10/2019  1/11/19

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page Subtotals:                                    $0.00       $0.00