Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 03/31/2019 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Funds On Hand from Ch. 11 Operations (u) | Unknown | 300,000.00 | | 300,000.00 | FA | 0.00 | 0.00 |
| 2. 19.3 Raw Materials, Packaging | 3,535,265.00 | 496,531.93 | | 496,531.93 | FA | 0.00 | 0.00 |
| 3. 11.a. Accounts Receivable, 90 Days Old or Less, Retail | 1,874,868.73 | Unknown | | 174,010.20 | Unknown | 0.00 | 0.00 |
| 4. 7.1 Deposits | 64,930.34 | Unknown | | 17,901.09 | Unknown | 0.00 | 0.00 |
| 5. Refund for Unused Portion of D&O Policy (Willis of Texas, Inc.) (u) | Unknown | 65,469.99 | | 65,469.99 | 0.00 | 0.00 | 0.00 |
| 6. 19.2 Raw Materials, Chemicals | 4,848,495.10 | 918,868.82 | | 918,868.82 | FA | 0.00 | 0.00 |
| 7. 3.1 Bank of America Deposity (5747) Disbursement account used for paying bills; balance is zero above disbursements made for operating | 2,739,361.78 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. 3.2 Bank of America Disbursement (8917) Account closed; zero | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. 3.3 Bank of America Payroll (8933) | 36,365.45 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 10. 3.4 Bank of America Petty Cash (8920) | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. 3.5 Bank of America SBR (3190) | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Void (u) | 0.00 | N/A | | 0.00 | FA | 0.00 | 0.00 |
| 13. 8.1 Prepayments | 479,480.52 | Unknown | | 364.17 | Unknown | 0.00 | 0.00 |
| 14. 11.a. Accounts Receivable, 90 Days Old or Less, Contract | 1,450,502.48 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 15. 11.b. Accounts Receivable Over 90 Days Old, Contract | 230,368.61 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 16. 11.b. Accounts Receivable Over 90 Days Old, Retail | 176,436.42 | Unknown | | 38,653.45 | Unknown | 0.00 | 0.00 |
| 17. 11.b. Accounts Receivable Over 90 Days Old, Technology | 14,191.67 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 18. 19.1 Raw Materials, Bulk | 2,033,038.90 | 211,932.20 | | 211,932.20 | FA | 0.00 | 0.00 |

Page: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 03/31/2019 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 19. 20.0 Work In Progress<br><br>TRUSTEE VALUE FOR WORK IN PROGRESS IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 168,018.10 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20. 21.1 Finished Goods - Contract<br><br>TRUSTEE VALUE FOR WORK IN PROGRESS IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 5,220,888.20 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21. 21.2 Finished Goods - In Transit<br><br>TRUSTEE VALUE FOR WORK IN PROGRESS IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 280,258.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22. 22.1 Other Inventory or Supplies, Excess & Obsolete Reserves | 0.00 | 0.00 | | 7,500.00 | 0.00 | 0.00 | 0.00 |
| 23. 39.1 Office Furniture | 29,773.39 | 3,103.70 | | 3,103.70 | FA | 0.00 | 0.00 |
| 24. 40.1 Office Fixtures QC Office HVAC | 1,321.33 | 137.74 | | 137.74 | FA | 0.00 | 0.00 |
| 25. 41.0 Office equipment, computers, systems and softwares | 171,459.01 | 17,873.58 | | 17,873.58 | FA | 0.00 | 0.00 |
| 26. 47.0 Automobiles, vans, trucks, motorcycles, trailers, & titled farm vehicles | 37,758.80 | 12,757.50 | | 12,757.50 | FA | 0.00 | 0.00 |
| 27. 50.0 Other Machinery, fixutres & equipment | 3,592,210.83 | 379,511.47 | | 379,511.47 | FA | 0.00 | 0.00 |
| 28. 77.1 Other Property, Intercompany Debt (90 Days Old or Less) | 92,101.33 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 29. 77.2 Other propety, Intercompany Debt (Over 90 Days) | 434.27 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 30. 60.0 Patents, Copyrights, Trademarks & Trade Secrets | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 31. 63.1 Customer Lists, Mailing List & Other Compilations | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 32. 65.0 Goodwill | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |

Page: 3

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 03/31/2019 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 33. 74.0 Causes of Action

The representations and warranties insurance claim arises from alleged breaches in certain representations and warranties made by former owners to the Kainos Capital acquisition entity in the August 14, 2015, Contribution and Unit Purchase Agreement, relating to the acquisition of Product Quest Manufacturing, LLC.

The Trustee believes that this asset has been assigned to Lender and the Lender is separately pursuing recovery. the only value to the estate for this asset is that any recovery will reduce Lender's claim in this case. | Unknown | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 34. United Rentals | Unknown | 646.92 | | 646.92 | FA | 0.00 | 0.00 |
| 35. SERVICE FEES FOR PICKUP OF CUSTOMER OWNED ITEMS (u) | Unknown | Unknown | | 400.00 | Unknown | 0.00 | 0.00 |
| 36. SCRAP-REMOVAL OF SCRAP FROM REAL PROPERTY (METAL, ETC.) (u) | 0.00 | Unknown | | 5,481.67 | Unknown | 0.00 | 0.00 |
| 37. FPL - REFUND FOR AMOUNTS PAID BY ESTATE FOR POWER (NON-COMPENSABLE) (u) | 0.00 | Unknown | | 3,383.91 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $27,077,528.26 | $2,406,833.85 | | $2,654,528.34 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Page: 4

SECOND INTERIM
Orders were entered earlier in the case authorizing the Trustee to continue to operate the business of the Debtor in order to effect an orderly wind-down. In connection therewith, the Trustee has submitted to the Court a Monthly Reports of Operations for the months of November, December, January and February, reference to which is hereby made. An additional Monthly Report for March will be filed soon.

During the preceding quarter a turnkey sale of substantially all of the tangible personal property assets was negotiated and approved by the Court. See Order entered herein on 3/7/19 [docket #461]. This sale closed during March and the Estate received the agreed-upon consideration. Certain assets were not able to be sold as part of the turnkey sale and they will be abandoned in upcoming quarter.

During the upcoming quarter efforts will be focused on claims, avoidance actions and investigations regarding other potential claims of the Estate.

Initial Projected Date of Final Report (TFR): 12/21/2020     Current Projected Date of Final Report (TFR): 12/21/2020

Trustee Signature:     /s/ C. EDWIN ALLMAN, III, Trustee     Date: 04/09/2019

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc
Taxpayer ID No: XX-XXX4401
For Period Ending: 03/31/2019

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | Balance Forward |  |  |  | $930,544.19 |
| 01/08/19 | 110 | Bausch + Lomb<br>Attn: Procurement<br>8507 Pelham Road<br>Greensville, SC 29615 | REFUND FOR EXPIRED CHEMICALS (ORIGINAL DEPOSIT OF 12/28/18: VALEANT PRE-PAY CHEMICAL ON 12/19/18 ($1,827.77) | 8500-002 |  | $1,827.77 | $928,716.42 |
| 01/11/19 | 34 | United Rentals<br>United Rentals<br>PO Box 30129<br>College Station, TX 77842 | Over Payment Invoice | 1129-000 | $646.92 |  | $929,363.34 |
| 01/15/19 | 115 | Northen Blue, LLP<br>c/o John A. Northen<br>PO Box 2208<br>Chapel Hill, NC 27514-2208 | PER ORDER #388 [1/11/19] Reversal Wrong Amount | 2990-000 |  | ($155,095.94) | $1,084,459.28 |
| 01/15/19 | 111 | FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | Power Bills - Multiple Locations 23775-43000; 440 Fentress Blvd #3 ($759.92) 40250-53002; 440 Fentress Blvd Ste 101 ($392.89) 93475-41162; 440 Fentress Blvd #1 ($641.28) TOTAL $1,794.09 | 2690-000 |  | $1,794.09 | $1,082,665.19 |
| 01/15/19 | 112 | Hull & Chandler, P.A.<br>Felton E. Parrish<br>1001 Morehead Square Drive, Suite 450<br>Charlotte, NC 28203 | PER ORDER #385 [1/11/19] $24,834.50 fees + $221.16 Expenses Counsel to the Official Committee of Unsecured Creditors | 2990-000 |  | $25,055.66 | $1,057,609.53 |
| 01/15/19 | 113 | Kurtzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | PER ORDER #386 [1/11/19] 1/2 of $197,206.96 [1/2 to be paid from Ei LLC Estate Account] | 2990-000 |  | $98,603.48 | $959,006.05 |

Page Subtotals: $646.92   ($27,814.94)

Page: 2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc
Taxpayer ID No: XX-XXX4401
For Period Ending: 03/31/2019

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/19 | 114 | Conway MacKenzie Management Services, LLC<br>c/o John W. Cannion, Director<br>1075 Peachtree Street, Suite 3675<br>Atlanta, GA 30309 | PER ORDER #387 [1/11/19]<br>$260,787.90 Fees + $38,160.68 Expenses=$298,948.58 Total<br>1/2 to be paid from Ei LLC Trustee Account | 2990-000 | | $149,474.29 | $809,531.76 |
| 01/15/19 | 115 | Northen Blue, LLP<br>c/o John A. Northen<br>PO Box 2208<br>Chapel Hill, NC 27514-2208 | PER ORDER #388 [1/11/19]<br>Total to be paid=$155,095.94<br>(1/2 to be paid from Ei LLC Trustee Account) | 2990-000 | | $155,095.94 | $654,435.82 |
| 01/15/19 | 116 | King & Spalding LLP<br>1180 Peachtree St. N.E.<br>Atlanta, GA 30309-3521 | PER ORDER #389 [1/11/19]<br>Total Amount = $109,071.00<br>(1/2 to be Paid from Ei LLC Trustee Account) | 2990-000 | | $54,535.50 | $599,900.32 |
| 01/15/19 | 117 | Northen Blue, LLP<br>c/o John A. Northen<br>PO Box 2208<br>Chapel Hill, NC 27514-2208 | PER ORDER #388 [1/11/19]<br>Total to be paid = $155,095.94<br>(1/2 to be paid from Ei LLC Trustee Account) | 2990-000 | | $77,547.97 | $522,352.35 |
| 01/24/19 | 118 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ACCT NO 42827-46074<br>FOR OCT 31 2018 TO DEC 19 2018<br>SERVICE ADDRESS: 326 CARSWELL AVE | 2690-000 | | $2,594.45 | $519,757.90 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $923.68 | $518,834.22 |
| 02/01/19 | 4 | FPL<br>Florida Power & Light Company | RETURN OF DEPOSITS ON POWER ACCTS | 1129-000 | $12,744.46 | | $531,578.68 |
| 02/01/19 | 35 | VOICE OF REASON INC.<br>TIMOTHY J CONSTANTINE<br>JANET D CONSTANTINE<br>2049 CROWN DRIVE<br>SAINT AUGUSTINE, FL 32092-3606 | SERVICE FEE FOR PICKUP OF CUSTOMER-OWNED ITEMS | 1130-000 | $400.00 | | $531,978.68 |
| 02/01/19 | 119 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | CUSTOMER GUARANTEE DEPOSIT CERTIFICATE ACCOUNT NUMBER 42827-46074 | 2690-000 | | $3,380.00 | $528,598.68 |

Page Subtotals: $13,144.46   $443,551.83

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking

Taxpayer ID No: XX-XXX4401
For Period Ending: 03/31/2019

Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/19 | 120 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-00001 | ACCT # 07263-70174<br>330 CARSWELL AVENUE<br>NEW CHARGES OF $1,394.62<br>PLUS DEPOSIT REQUEST<br>OF $3,359.00 | 2690-000 | | $4,753.62 | $523,845.06 |
| 02/01/19 | 121 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188-00001 | ACCT #23291-31169<br>343 CARSWELL AVENUE<br>NEW CHARGES OF $53.38<br>PLUS DEPOSIT OF $162.00 | 2690-000 | | $215.38 | $523,629.68 |
| 02/01/19 | 122 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-00001 | ACCT # 42827-46074<br>NEW CHARGES OF $1,690.04<br>DEPOSIT REQUEST<br>(REFLECTED AS $15,101.00<br>ON STATEMENT) PAID<br>SEPARATELY<br>326 CARSWELL AVENUE | 2690-000 | | $1,690.04 | $521,939.64 |
| 02/01/19 | 123 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ACCT # 45335-21169<br>330 CARSWELL AVE #<br>GARAGE<br>CURRENT CHARGES OF<br>$141.88 PLUS DEPOSIT OF<br>$558.00 | 2690-000 | | $699.88 | $521,239.76 |
| 02/01/19 | 124 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ACCT # 55999-31168<br>343 CARSWELL AVE # REAR<br>NEW CHARGES OF $265.39<br>PLUS DEPOSIT OF $470.00 | 2690-000 | | $735.39 | $520,504.37 |
| 02/01/19 | 125 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ACCT # 76845-06046<br>330 CARSWELL AVE # OL<br>NEW CHARGES OF $129.60<br>PLUS DEPOSIT OF $258.00 | 2690-000 | | $387.60 | $520,116.77 |
| 02/01/19 | 126 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ACCT # 77634-53003<br>540 CARSWELL AVE<br>NEW CHARGES OF $475.78<br>PLUS DEPOSIT OF $1815.00 | 2690-000 | | $2,290.78 | $517,825.99 |
| 02/01/19 | 127 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ACCT # 81480-84091<br>330 CARSWELL AVE # AC<br>NEW CHARGES OF $38.86<br>PLUS DEPOSIT OF $278.00 | 2690-000 | | $316.86 | $517,509.13 |

Page Subtotals: $0.00 $11,089.55

Page: 4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX4401
For Period Ending: 03/31/2019

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/19 | | WILLIS OF TEXAS, INC.<br>PO BOX 731739<br>DALLAS, TX 753731739 | WIRE OF 2/6/19<br>INVOICE #2268556<br>GENERAL LIABILITY<br>INSURANCE | 2420-000 | | $3,285.00 | $514,224.13 |
| 02/13/19 | 128 | United States Bankruptcy Court<br>Middle District of North Carolina<br>101 S. Edgeworth Street<br>Greensboro, NC 27401 | FILING FEE FOR MOTION TO SELL<br>Docket #432 | 2700-000 | | $181.00 | $514,043.13 |
| 02/14/19 | 2 | PRODUCT QUEST MANUFACTURING LLC<br>DEBTOR IN POSSESSION<br>2865 N. CANNON BLVD.<br>KANNAPOLIS, NC 28083 | INVENTORY (RETAIL)<br>PACKAGING<br>CUSTOMER:<br>MENTHOLATUM | 1129-000 | $32,900.12 | | $546,943.25 |
| 02/16/19 | | Tiger Capital Group, LLC<br>Commercial and Industrial Operations<br>340 N. Westlake Blvd., Suite 260<br>Westlak Village, CA 91362 | SPLIT - SET OUT IN DEPOSIT<br><br>INVOICE #'S 1001, 1002, 1003, 1901071336, 1901041358, 666154, 665101, 665025, 665251, 665409, 665696 & 1007<br>AUTOS, TRAILERS, ETC.: $5,907.50<br>MACHINERY: $2,975.00<br>CHEMICALS: $68,985.59<br>SCRAP: $5,481.67 | | $83,349.76 | | $630,293.01 |
| | | | Gross Receipts           $83,349.76 | | | | |
| | 6 | | 19.2 Raw Materials, Chemicals   $68,985.59 | 1129-000 | | | |
| | 26 | | 47.0 Automobiles, vans, trucks, motorcycles, trailers, & titled farm vehicles   $5,907.50 | 1129-000 | | | |
| | 27 | | 50.0 Other Machinery, fixutres & equipment   $2,975.00 | 1129-000 | | | |
| | 36 | | SCRAP-REMOVAL OF SCRAP FROM REAL PROPERTY (METAL, ETC.)   $5,481.67 | 1129-000 | | | |

Page Subtotals:                    $116,249.88    $3,466.00

Page: 5

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc
Taxpayer ID No: XX-XXX4401
For Period Ending: 03/31/2019

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/22/19 | 2 | PRODUCT QUEST MANUFACTURING LLC<br>DEBTOR IN POSSESSION<br>2865 N. CANNON BLVD<br>KANNAPOLIS, NC 28083 | INVENTORY PACKAGING- CONTRACT<br>MCKERNAN WIRE 2/12/19 | 1129-000 | $15,000.00 | | $645,293.01 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,209.36 | $644,083.65 |
| 02/25/19 | 129 | NORTHEN BLUE, LLP<br>PO BOX 2208<br>CHAPEL HILL, NC 27514-2208 | PER ORDER #447<br>FEES $8,581.75; EXPENSES $1,914.06 | | | $10,495.81 | $633,587.84 |
| | | NORTHEN BLUE, LLP | PER ORDER #447 ($8,581.75) | 6210-000 | | | |
| | | NORTHERN BLUE, LLP | PER ORDER #447 ($1,914.06) | 6120-000 | | | |
| 02/25/19 | 130 | UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA<br>101 S. EDGEWORTH STREET<br>GREENSBORO, NC 27401 | UNPAID QUARTERLY FEES PER DOCKET #309 | 2990-000 | | $1,950.00 | $631,637.84 |
| 02/27/19 | 6 | TIGER CAPITAL GROUP, LLC<br>340 N. WESTLAKE BLVD., STE 260<br>WESTLAKE VILLAGE, CA 91362 | SANDRINE CORPORATION<br>4 DRUMS OF PETROLATRUM | 1129-000 | $225.00 | | $631,862.84 |
| 02/27/19 | 131 | FEDEX OFFICE<br>CUSTOMER ADMINISTRATIVE SERVICES<br>PO BOX 672085<br>DALLAS, TX 75267-2085 | INVOICE # 30060033630<br>ACCOUNT # XXXXXX0042-0000<br>ACCOUNT NAME: ALLMAN SPRY LEGGETT & CRUMPLER<br>DATE OF SERVICE: 2/8/19<br>(COPIES OF MOTION TO SELL FL ASSETS) | 2200-000 | | $957.20 | $630,905.64 |
| 02/27/19 | 132 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ACCT# 93475-41162<br>(440 FENTRESS BLVD #1)<br>FINAL BILL | 2690-000 | | $1,084.16 | $629,821.48 |
| 02/27/19 | 133 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ACCT# 40250-53002<br>440 FENTRESS BLVD STE 101<br>FINAL BILL | 2690-000 | | $602.11 | $629,219.37 |

Page Subtotals: $15,225.00  $16,298.64

Page: 6

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc
Taxpayer ID No: XX-XXX4401
For Period Ending: 03/31/2019

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/19 | 134 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | ACCT# 23775-43000<br>440 FENTRESS BLVD #3<br>FINAL BILL | 2690-000 | | $1,132.80 | $628,086.57 |
| 02/28/19 | 2 | PRODUCT QUEST MANUFACTURING LLC<br>2865 N. CANNON BLVD.<br>KANNAPOLIS, NC 28083 | MCKERNAN INVENTORY PACKAGING-CONTRACT WIRE INTO BLOCK ACCT ON 2/19/19 | 1129-000 | $19,375.00 | | $647,461.57 |
| 02/28/19 | 135 | UNITED STATES BANKRUPTCY COURT<br>101 S. EDGEWORTH STREET<br>GREENSBORO, NC 27401 | FILING FEE FOR MOTION TO SELL<br>331 CARWELL - FILED 2/27/19<br>[DOCKET #452] | 2700-000 | | $181.00 | $647,280.57 |
| 03/11/19 | 2 | Allman Spry Davis Leggett & Crumpler, P.A.<br>Trust Account<br>PO Drawer 5129<br>Winston-Salem, NC 27113-5129 | PER ORDER #461 ENTERED 3/7/19<br>WIRE RECEIVED FROM TRUST ACCOUNT OF ALLMAN SPRY DAVIS LEGGETT & CRUMPLER, P.A. ORIGINAL FUNDS RECEIVED BY INDUSTRIAL ASSETS CORP REPRESENTING INITIAL DEPOSIT FOR TRANSACTION | 1129-000 | $251,250.00 | | $898,530.57 |
| 03/11/19 | | INDUSTRIAL ASSETS CORP. | SALE PER ORDER #461 FILED 3/7/19 | | $1,173,750.00 | | $2,072,280.57 |
| | | | Gross Receipts $1,173,750.00 | | | | |
| | 2 | | 19.3 Raw Materials, Packaging $102,384.08 | 1129-000 | | | |
| | 6 | | 19.2 Raw Materials, Chemicals $457,312.23 | 1129-000 | | | |
| | 18 | | 19.1 Raw Materials, Bulk $211,932.20 | 1129-000 | | | |
| | 23 | | 39.1 Office Furniture $3,103.70 | 1129-000 | | | |
| | 24 | | 40.1 Office Fixtures QC Office HVAC $137.74 | 1129-000 | | | |
| | 25 | | 41.0 Office equipment, computers, systems and softwares $17,873.58 | 1129-000 | | | |

Page Subtotals: $1,444,375.00 $1,313.80

Page: 7

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946  
Case Name: Product Quest Manufacturing, Llc  
Taxpayer ID No: XX-XXX4401  
For Period Ending: 03/31/2019  

Trustee Name: C. EDWIN ALLMAN, III, Trustee  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0906  
Checking  
Blanket Bond (per case limit): $600,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 26 | | 47.0 Automobiles, vans, trucks, motorcycles, trailers, & titled farm vehicles | $6,850.00 | 1129-000 | | |
| | 27 | | 50.0 Other Machinery, fixutres & equipment | $374,156.47 | 1129-000 | | |
| 03/12/19 | 136 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188-0001 | FINAL ELECTRIC BILLS (2/19/19 INVOICE DATES)<br>81480-84091 2/19/2019 330 Carswell Ave # AC $15.60<br>77634-53003 2/19/2019 540 Carswell Ave $315.59<br>76845-06046 2/19/2019 330 Carswell Ave # OL $130.17<br>55999-31168 2/19/2019 343 Carswell Ave # Rear $159.99<br>45335-21169 2/19/2019 330 Carswell Ave # Garagre $115.56<br>42827-46074 2/19/2019 326 Carswell Ave $1,024.55<br>23291-31169 2/19/2019 343 Carswell Ave $43.78<br>07263-70174 2/19/2019 330 Carswell Ave $1,106.23 | | 2690-000 | | $2,911.47 | $2,069,369.10 |
| 03/12/19 | | TIGER COMMERCIAL & INDUSTRIAL<br>340 N. WESTLAKE BLVD. STE 260<br>WESTLAKE VILLAGE, CA 91362 | PER ORDER #461 3/7/19 PRO-RATA COMMISSION OF $102,089.55; PRO-RATA EXPENSES OF $11,465.80 | | | | $113,555.35 | $1,955,813.75 |
| | | TIGER COMMERCIAL & INDUSTRIAL | PER ORDER #461 3/7/19 | ($102,089.55) | 3610-000 | | | |
| | | TIGER COMMECIAL & INDUSTRIAL | PER ORDER #461 3/7/19 | ($11,465.80) | 3640-000 | | | |
| 03/18/19 | | Transfer to Acct # xxxxxx0071 | Transfer of Funds | | 9999-000 | | $1,955,813.75 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,589,641.26 | $2,520,185.45 |
| Less: Bank Transfers/CD's | $0.00 | $1,955,813.75 |
| Page Subtotals: | $0.00 | $2,072,280.57 |

Page: 8

|  |  |  |
|---|---:|---:|
| Subtotal | $1,589,641.26 | $564,371.70 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,589,641.26 | $564,371.70 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Page: 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-50946　　　　　　　　　　　　　　　　　　　　Trustee Name: C. EDWIN ALLMAN, III, Trustee
Case Name: Product Quest Manufacturing, Llc　　　　　　　　Bank Name: Axos Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX0071
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX4401　　　　　　　　　　　　　　　Blanket Bond (per case limit): $600,000.00
For Period Ending: 03/31/2019　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 03/18/19 | | Transfer from Acct # xxxxxx0906 | Transfer of Funds | 9999-000 | $1,955,813.75 | | $1,955,813.75 |
| 03/19/19 | 13 | ALBERTSONS SAFEWAY 20427 N 27TH AVENUE PHOENIX, AZ 85027-3241 | REFUND FROM VENDOR | 1129-000 | $0.80 | | $1,955,814.55 |
| 03/19/19 | 13 | QUILL.COM 100 SCHELTER ROAD LINCOLNSHIRE, IL 60069 | REFUND FOR OFFICE SUPPLIES | 1129-000 | $297.76 | | $1,956,112.31 |
| 03/19/19 | | PRODUCT QUEST MANUFACTURING 2865 N. CANNON BLVD. KANNAPOLIS, NC 28083 | SPLIT - SET OUT IN DEPOSIT MCKERNAN $7,500-INVENTORY PACKAGING/CONTRACT; DELHAIZE/RETAIL BUSINESS-$38,653.45 AR OVER 90 DAYS/RETAIL | | $46,153.45 | | $2,002,265.76 |
| | | | Gross Receipts　　　　$46,153.45 | | | | |
| | 16 | | 11.b. Accounts Receivable Over 90 Days Old, Retail　　$38,653.45 | 1121-000 | | | |
| | 22 | | 22.1 Other Inventory or Supplies, Excess & Obsolete Reserves　　$7,500.00 | 1129-000 | | | |
| 03/21/19 | 27 | TIGER CAPITAL GROUP, LLC 340 N. WESTLAKE BLVD., SUITE 260 WESTLAKE VILLAGE, CA 91362 | APPLIED MATERIALS TRADING PURCHASE OF FENTRESS FORKLIFT | 1129-000 | $2,380.00 | | $2,004,645.76 |
| 03/21/19 | 37 | FPL BNK OF AMERICA ATLANTA, DEKALB COUNTY, GEORGIA | REFUND OF POWER BILL PAYMENT 330 CARSWELL AVE # OL | 1290-000 | $28.05 | | $2,004,673.81 |
| 03/21/19 | 37 | FPL BANK OF AMERICA, N.A. ATLANTA, DEKALB COUNTY, GEORGIA | REFUND FOR POWER BILL 343 CARSWELL AVE # REAR | 1290-000 | $207.52 | | $2,004,881.33 |

Page Subtotals:　　　　　$2,004,881.33　　　$0.00

Page: 10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0071
Checking
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX4401
For Period Ending: 03/31/2019

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/19 | 37 | FPL<br>BANK OF AMERICA, N.A.<br>ATLANTA, DEKALB COUNTY, GEORGIA | REFUND FOR POWER BILL<br>343 CARSWELL AVE | 1290-000 | $71.93 | | $2,004,953.26 |
| 03/25/19 | 37 | FPL<br>BANK OF AMERICA, N.A.<br>ATLANTA, DEKALB COUNTY, GEORGIA | REFUND<br>330 CARSWELL AVE #<br>GARAGE | 1290-000 | $354.40 | | $2,005,307.66 |
| 03/25/19 | 37 | FPL<br>BANK OF AMERICA, N.A.<br>ATLANTA, DEKALB COUNTY, GEORGIA | REFUND<br>540 CARSWELL AVE | 1290-000 | $1,244.30 | | $2,006,551.96 |
| 03/25/19 | 37 | FPL<br>BANK OF AMERICA, N.A.<br>ATLANTA, DEKALB COUNTY, GEORGIA | REFUND<br>330 CARSWELL AVE | 1290-000 | $1,270.57 | | $2,007,822.53 |
| 03/25/19 | 37 | FPL<br>BANK OF AMERICA, N.A.<br>ATLANTA, DEKALB COUNTY, GEORGIA | REFUND<br>330 CARSWELL AVE # AC | 1290-000 | $207.14 | | $2,008,029.67 |
| 03/25/19 | 4 | DISCOVERY BENEFITS, INC.<br>4321 20TH AVE SW<br>PO BOX 9528<br>FARGO, ND 58108-9528 | OVERPAYMENT OF COBRA | 1129-000 | $3,624.01 | | $2,011,653.68 |
| 03/25/19 | 13 | QUILL.COM<br>100 SHELTER ROAD<br>LINCOLNSHIRE, IL 60069 | REFUND FOR PREPAID<br>VENDOR<br>QUILL.COM | 1290-000 | $65.61 | | $2,011,719.29 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,011,719.29 | $0.00 |
| Less: Bank Transfers/CD's | $1,955,813.75 | $0.00 |
| Subtotal | $55,905.54 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $55,905.54 | $0.00 |

Page Subtotals: $6,837.96 $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0071 - Checking | $55,905.54 | $0.00 | $2,011,719.29 |
| XXXXXX0906 - Checking | $2,598,622.80 | $642,809.05 | $0.00 |
|  | $2,654,528.34 | $642,809.05 | $2,011,719.29 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,654,528.34 |
| Total Gross Receipts: | $2,654,528.34 |

Trustee Signature:   /s/ C. EDWIN ALLMAN, III, Trustee    Date: 04/09/2019  4-9-19

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page Subtotals:                    $0.00        $0.00