IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **PRODUCT QUEST** | ) | Case No. B-18-50946C-7W |
| **MANUFACTURING, LLC** | ) | |
| Debtor | ) | |

## NOTICE OF INTENT TO REQUEST A CONTINUANCE OF HEARING

C. Edwin Allman, III, Trustee in the above-referenced case, hereby gives notice of his intent to request a continuance to the court's next scheduled hearing date of the hearing for his Application to Employ Nexsen Pruet, PLLC, as Special Counsel filed May 13, 2019 (the "Application") currently scheduled for hearing on June 26, 2019. In support hereof the Trustee represents:

1. Following the initial hearing on the Application the Trustee, Nexsen Pruet, PLLC ("Nexsen Pruet") and Madison Capital Funding, LLC, for itself and as agent for various lenders (collectively, "Lender") have engaged in various discussions regarding funding of fees and expenses of Nexsen Pruet which might be approved by the Court. The Trustee now believes that an amendment to the Application can be filed which would make clear that Lender will have absolutely no input in the Trustee's decision making process regarding actual pursuit of claims, the direction litigation may take, and the resolution of any claims asserted. To the extent Court approval is necessary for the resolution of any claims asserted, Lender would maintain its rights as a creditor to object to any proposed settlement. With respect to funding, the Trustee believes that the amended Application will reflect an agreement pursuant to which Lender will allow up to, but not in excess of, $47,500.00 of its cash collateral to be used to pay Nexsen Pruet approved fees and expenses. In the event a recovery is had from the pursuit of claims asserted on behalf of the Trustee by Nexsen Pruet, Lender will be entitled to be repaid, as a cost of the litigation, the actual amount of its cash collateral used to pay approved fees and expenses of Nexsen Pruet.

2. The Trustee has been in contact with the Bankruptcy Administrator's Office and understands that it has no objection to the request of Trustee to continue. The Trustee does plan to be in attendance at the June 26, 2019, hearing to request a continuance and to respond to any questions the Court might have.

Respectfully submitted this the 25th day of June, 2019.

/s/ C. Edwin Allman, III
C. Edwin Allman, III, Trustee
North Carolina State Bar #8625

OF COUNSEL:
ALLMAN SPRY DAVIS LEGGETT & CRUMPLER, P.A.
Post Office Drawer 5129
Winston-Salem, NC 27113-5129
Direct Dial:   (336) 631-1433 | Facsimile:   (336) 722-8720

## CERTIFICATE OF SERVICE FOR

    The undersigned does hereby certify that on this date he caused to be served a copy of the attached Notice on all interested parties who receive notifications of filings for this case through the ECF System.

    Respectfully submitted this the 25th day of June, 2019.

                                     /s/ C. Edwin Allman, III
                                     C. Edwin Allman, III, Trustee
                                     North Carolina State Bar #8625

OF COUNSEL:
ALLMAN SPRY DAVIS LEGGETT & CRUMPLER, P.A.
Post Office Drawer 5129
Winston-Salem, NC 27113-5129
Direct Dial:   (336) 631-1433 | Facsimile:   (336) 722-8720