SUN-26608 0418-6 154 18-50946
John A. Northen
P. O. Box 2208
Chapel Hill, NC 27514-2208

**FILED**
**JUL 25 2019**
U.S. Bankruptcy Court
Winston-Salem, NC

018247  18247 1 AB 0.409  29730  7 0  8832-1-18658
Stanley Floyd
795 Patriots Parkway Apt 107
Rock Hill, SC 29730-2327

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL<br>1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures.<br><br>*My New address*<br>*10 Hill St.*<br>*York, SC 29745* |
|---|---|

018247          26608018265015

Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston-Salem, NC 27101

Bankruptcy Case No.: 18-50946

IN THE MATTER OF:
Product Quest Manufacturing, LLC   20-8734401
330 Carswell Avenue
Holly Hill, FL 32117

Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE NOTICE THAT a hearing will be held at:

United States Bankruptcy Court, 601 W. 4th St. Suite 100, Winston-Salem, NC 27101

on 7/24/19 at 02:00 PM

to consider and act upon the following:

Supplemental Application for Allowance of Reimbursement of Expenses in the additional amount of $5,365.04 for Tiger Liquidation Services Biopharma Partners. Filed by Trustee C. Edwin Allman III.

Dated: 6/14/19

OFFICE OF THE CLERK/ hlr

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID**, (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.