Page:      1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | |
| Case Name: | Product Quest Manufacturing, Llc | | | | |
| | | | | | |
| For Period Ending: | 10/04/2019 | | | | |

| | |
|---|---|
| Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
| Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| 341(a) Meeting Date: | 12/07/2018 |
| Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1.  Funds On Hand from Ch. 11 Operations (u) | Unknown | 300,000.00 | | 300,000.00 | FA | 0.00 | 0.00 |
| 2.  19.3 Raw Materials, Packaging | 3,535,265.00 | 496,531.93 | | 496,531.93 | FA | 0.00 | 0.00 |
| 3.  11.a.  Accounts Receivable, 90 Days Old or Less, Retail | 1,874,868.73 | Unknown | | 174,010.20 | Unknown | 0.00 | 0.00 |
| 4.  7.1 Deposits | 64,930.34 | Unknown | | 20,398.99 | Unknown | 0.00 | 0.00 |
| 5.  Refund for Unused Portion of D&O Policy (Willis of Texas, Inc.) (u) | Unknown | 65,469.99 | | 65,469.99 | 0.00 | 0.00 | 0.00 |
| 6.  19.2 Raw Materials, Chemicals | 4,848,495.10 | 918,868.82 | | 918,868.82 | FA | 0.00 | 0.00 |
| 7.  3.1 Bank of America Deposity (5747)  Disbursement account used for paying bills; balance is zero above disbursements  made for operating | 2,739,361.78 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8.  3.2 Bank of America Disbursement (8917)  Account closed; zero | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9.  3.3 Bank of America Payroll (8933)  This account was closed preconversation. | 36,365.45 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10.  3.4 Bank of America Petty Cash (8920)  This account was closed preconversion. | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11.  3.5 Bank of America SBR (3190)  This account was closed preconversion. | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12.  Void (u) | 0.00 | N/A | | 0.00 | FA | 0.00 | 0.00 |
| 13.  8.1 Prepayments | 479,480.52 | Unknown | | 493.41 | Unknown | 0.00 | 0.00 |
| 14.  11.a.  Accounts Receivable, 90 Days Old or Less, Contract | 1,450,502.48 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 15.  11.b.  Accounts Receivable Over 90 Days Old, Contract | 230,368.61 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 16.  11.b.  Accounts Receivable Over 90 Days Old, Retail | 176,436.42 | Unknown | | 77,955.43 | Unknown | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 10/04/2019 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 17.  11.b. Accounts Receivable Over 90 Days Old, Technology | 14,191.67 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 18.  19.1 Raw Materials, Bulk | 2,033,038.90 | 211,932.20 | | 211,932.20 | FA | 0.00 | 0.00 |
| 19.  20.0 Work In Progress<br><br>TRUSTEE VALUE FOR WORK IN PROGRESS IS ZERO.  TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 168,018.10 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20.  21.1 Finished Goods - Contract<br><br>TRUSTEE VALUE FOR WORK IN PROGRESS IS ZERO.  TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 5,220,888.20 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21.  21.2 Finished Goods - In Transit<br><br>TRUSTEE VALUE FOR WORK IN PROGRESS IS ZERO.  TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 280,258.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22.  22.1 Other Inventory or Supplies, Excess & Obsolete Reserves | 0.00 | 0.00 | | 7,500.00 | 0.00 | 0.00 | 0.00 |
| 23.  39.1 Office Furniture | 29,773.39 | 3,103.70 | | 3,103.70 | FA | 0.00 | 0.00 |
| 24.  40.1 Office Fixtures QC Office HVAC | 1,321.33 | 137.74 | | 137.74 | FA | 0.00 | 0.00 |
| 25.  41.0 Office equipment, computers, systems and softwares | 171,459.01 | 17,873.58 | | 17,873.58 | FA | 0.00 | 0.00 |
| 26.  47.0 Automobiles, vans, trucks, motorcycles, trailers, & titled farm vehicles | 37,758.80 | 12,757.50 | | 12,757.50 | FA | 0.00 | 0.00 |
| 27.  50.0 Other Machinery, fixutres & equipment | 3,592,210.83 | 379,511.47 | | 379,511.47 | FA | 0.00 | 0.00 |
| 28.  77.1 Other Property, Intercompany Debt (90 Days Old or Less) | 92,101.33 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 29.  77.2 Other propety, Intercompany Debt (Over 90 Days) | 434.27 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 30.  60.0 Patents, Copyrights, Trademarks & Trade Secrets | Unknown | Unknown | | 200,000.00 | Unknown | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 18-50946          LMJ | Judge: Lena M. James | Trustee Name:                    C. EDWIN ALLMAN, III, Trustee |
| Case Name: | Product Quest Manufacturing, Llc | | Date Filed (f) or Converted (c):   10/31/2018 (c) |
| | | | 341(a) Meeting Date:            12/07/2018 |
| For Period Ending: | 10/04/2019 | | Claims Bar Date:                01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 31. 63.1 Customer Lists, Mailing List & Other Compilations | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 32. 65.0 Goodwill | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 33. 74.0 Causes of Action<br><br>The representations and warranties insurance claim arises from alleged breaches in certain representations and warranties made by former owners to the Kainos Capital acquisition entity in the August 14, 2015, Contribution and Unit Purchase Agreement, relating to the acquisition of Product Quest Manufacturing, LLC.<br><br>The Trustee believes that this asset has been assigned to Lender and the Lender is separately pursuing recovery.  the only value to the estate for this asset is that any recovery will reduce Lender's claim in this case. | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 34. United Rentals | Unknown | 646.92 | | 646.92 | FA | 0.00 | 0.00 |
| 35. SERVICE FEES FOR PICKUP OF CUSTOMER OWNED ITEMS (u) | Unknown | Unknown | | 400.00 | FA | 0.00 | 0.00 |
| 36. SCRAP-REMOVAL OF SCRAP FROM REAL PROPERTY (METAL, ETC.) (u) | 0.00 | 5,481.67 | | 5,481.67 | FA | 0.00 | 0.00 |
| 37. FPL - REFUND FOR AMOUNTS PAID BY ESTATE FOR POWER (NON-COMPENSABLE) (u) | 0.00 | 7,240.06 | | 7,240.06 | FA | 0.00 | 0.00 |
| 38. WRIGHT FLOOD-Refund for Insurance Cancellations (Not Scheduled) NONCOMPENSABLE (u)<br><br>NONCOMPENSABLE | Unknown | 0.00 | | 2,975.00 | FA | 0.00 | 0.00 |
| 39. FPL - REFUND FOR AMOUNTS PAID BY ESTATE FOR GAS (NON-COMPENSABLE) (u) | Unknown | 723.68 | | 723.68 | FA | 0.00 | 0.00 |
| 40. Refunds for Cancellation of Insurance Paid Post Petition (non-compensable) (u) | Unknown | Unknown | | 50,580.08 | Unknown | 0.00 | 0.00 |
| 41. COMPASS GROUP LOCKBOX REFUND (u) | 0.00 | Unknown | | 432.00 | FA | 0.00 | 0.00 |

| | | Gross Value of Remaining Assets | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $27,077,528.26 | $2,420,279.26 | $2,955,024.37 | $0.00 | $0.00 | $0.00 |
| | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FOURTH INTERIM

On July 25, 2019, an order was entered authorizing Trustee to sell certain intellectual property to Randob Labs, Ltd., for the sum of $200,000 [docket # 526]. This sale closed on July 26, 2019.

On July 23, 2019, the court entered an order authorizing Trustee to engage the services of Nexsen Pruet, PLLC, to investigate and, if appropriate, to pursue certain claims on behalf of the Trustee, including claims asserted against former directors, officers, and owners.

On July 25, 2019, an order was entered allowing Trustee an interim commission of $61,315.25 from the funds of the bankruptcy estate.

During this reporting period Debtors funds in the amount of $300,000 were transferred to Madison Capital.

During this reporting period the Trustee has been in contact with certain interested parties relating to the assertion of preference claims. The Trustee expects to make a decision and file an appropriate motion regarding same during the upcoming quarter.

At this point all assets of this estate have been liquidated other than potential claims.

An issue has arisen relating to the failure to pay 2018 personal property taxes as an incident to the sale of the Debtor's assets which closed in March 2019. The Trustee expects that this issue will be resolved during the upcoming quarter.

Initial Projected Date of Final Report (TFR): 12/21/2020     Current Projected Date of Final Report (TFR): 12/21/2020

Trustee Signature:     /s/ C. EDWIN ALLMAN, III, Trustee     Date: 10/04/2019

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page:      1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946

Case Name: Product Quest Manufacturing, Llc

Taxpayer ID No: XX-XXX4401

For Period Ending: 09/30/2019

Trustee Name: C. EDWIN ALLMAN, III, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX0906

Checking

Blanket Bond (per case limit): $600,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                              $0.00        $0.00

Page:   2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc

Taxpayer ID No: XX-XXX4401
For Period Ending: 09/30/2019

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0071
Checking
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $550,440.42 |
| 07/09/19 | 16 | ALBERTSONS SAFEWAY ALBERTSONS COMPANIES 20427 N 27TH AVENUE PHOENIX, AZ 85027-3241 | A/R - TIGER COLLECTION (NO COMMISSION WITHHELD) INVOICE NUMBER 177768A ($2,324.16) AND INVOICE 177769A ($1,108.20) | 1121-000 | $3,432.36 | | $553,872.78 |
| 07/09/19 | 39 | FPL ENERGY SERVICES, INC. 700 UNIVERSE BOULEVARD JUNO BEACH, FL 33408 | GAS CUST REFUND NON-COMPENSABLE | 1290-000 | $723.68 | | $554,596.46 |
| 07/18/19 | 40 | Willis of Texas, Inc. c/o National Accounting Center 26 Century Boulevard Nashville, TN 37214 | MULTIPLE INS. POLICY CANCELLATIONS (NON-COMPENSABLE) | 1290-000 | $49,540.08 | | $604,136.54 |
| 07/18/19 | 13 | ServiceMaster 150 Peabody Place Memphis, TN 38103-3720 | REFUND | 1290-000 | $97.98 | | $604,234.52 |
| 07/25/19 | 2005 | C. Edwin Allman, III, Trustee Allman Spry Davis Leggett & Crumpler, P.A. 380 Knollwood Street, Suite 700 Winston-Salem, NC 27103 | PER ORDER #528 ENTERED 7/25/19 BILLING #181207.20001 | 2100-000 | | $61,315.25 | $542,919.27 |
| 07/25/19 | 2006 | TIGER LIQUIDATION SERVICES BIOPHARMA PARTNERS 2700 POST OAK BOULEVARD, SUITE 2100 HOUSTON, TX 77056 | PER ORDER #527 ENTERED 7/25/19 | 3620-000 | | $5,365.04 | $537,554.23 |
| 07/26/19 | 30 | Randob Labs, Ltd. | PER ORDER #526 Sale of IP | 1129-000 | $170,000.00 | | $707,554.23 |
| 07/29/19 | 40 | NGM Insurance Company PO Box 2057 Kalispell, MT 59903-2057 | Policy #87-04896889-2018 (540 Carswell) Cancellation Refund NON-COMPENSABLE | 1290-000 | $686.42 | | $708,240.65 |
| 07/29/19 | 40 | NGM INSURANCE COMPANY FLOOD INSURANCE PROCESSING CENTER PO BOX 2057 KALISPELL, MT 59903-2057 | NON-COMPENSABLE CANCELLATION REIMB. (540 CARSWELL) POLICY # 87-05417236-2018 | 1290-000 | $353.58 | | $708,594.23 |

Page Subtotals:                                    $224,834.10        $66,680.29

Page:    3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946

Case Name: Product Quest Manufacturing, Llc

Taxpayer ID No: XX-XXX4401
For Period Ending: 09/30/2019

Trustee Name: C. EDWIN ALLMAN, III, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0071

Checking

Blanket Bond (per case limit): $600,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/19 | 30 | ALLMAN SPRY DAVIS LEGGETT & CRUMPLER, P.A. IOLTA TRUST ACCOUNT PO DRAWER 5129 WINSTON-SALEM, NC 27113-5129 | Order #527 SALE OF IP TO RANDOB LABS | 1129-000 | $30,000.00 | | $738,594.23 |
| 08/01/19 | 2007 | Rebecca Howell 148 Putnam Lake Road Kings Mountain, NC 28086 | Work on Intellectual Property Sale - July 2019 | 2990-000 | | $300.00 | $738,294.23 |
| 08/02/19 | 2008 | Madison Capital Funding, LLC, as Agent 30 S. Wacker Drive, Suite 3700 Chicago, IL 60606 | Partial Payment - Claim #59 | 4110-000 | | $300,000.00 | $438,294.23 |
| 08/06/19 | 16 | Bank of America, N.A. San Antonio, TX Deposit Services | A/R Kroger Settlement Tiger Commission Not Held Out [Originally Wired Into Block Account by Kroger In Error] | 1129-000 | $4,363.03 | | $442,657.26 |
| 08/14/19 | 2009 | Tiger Liquiation Services Biopharma Partners 340 N. Westlake Boulevard, Suite 260 Westlake Village, CA 91362 | PER ORDER #344 Commission for Collection of A/R Wholesale Grocers, Inc.: 499.56 dep 5/22/19 (comm. 89.92); 11,884.08 dep. 5/23/19 (comm. 2,139.13) Albertsons Safeway: 7,466.82 dep. 5/23/19 (comm. 1,344.03); 3,432.36 dep. 7/9/19 (comm. 617.82) Kroger: 4,363.03 dep. 8/6/19 (comm. 785.35) | 3610-000 | | $4,976.25 | $437,681.01 |
| 08/14/19 | 2010 | International Sureties, Ltd. Suite 420, 701 Poydras Street New Orleans, LA 70139 | PER Email from BA to T'ee on 7/25/19 Trustee Bond | 2300-000 | | $70.35 | $437,610.66 |
| 08/27/19 | 2011 | Archive Information Management, Inc. 1959 N. Peace haven Road, Suite 189 Winston-Salem, NC 27106 | Invoice of 7/31/19 | 2990-000 | | $34.75 | $437,575.91 |
| 09/05/19 | 2012 | Archive Information Management, Inc. 1959 N. Peace Haven Road, Suite 189 Winston-Salem, NC 27106 | Invoice of 8/31/19 (Invoice #0103019) | 2410-000 | | $34.75 | $437,541.16 |

Page Subtotals:                                                           $34,363.03          $305,416.10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946

Case Name: Product Quest Manufacturing, Llc

Taxpayer ID No: XX-XXX4401

For Period Ending: 09/30/2019

Trustee Name: C. EDWIN ALLMAN, III, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0071

Checking

Blanket Bond (per case limit): $600,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/19 | 41 | Compass Group, North America 2400 Yorkmont Road Charlotte, NC 28217 | Escheatment Refund 145860100994 | 1290-000 | $432.00 | | $437,973.16 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $259,629.13 | $372,096.39 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $259,629.13 | $372,096.39 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $259,629.13 | $372,096.39 |

|  |  |  |
|---|---|---|
| Page Subtotals: | $432.00 | $0.00 |

Page: 5

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0071 - Checking | $356,401.57 | $1,874,242.16 | $437,973.16 |
| XXXXXX0906 - Checking | $2,598,622.80 | $642,809.05 | $0.00 |
|  | $2,955,024.37 | $2,517,051.21 | $437,973.16 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $2,955,024.37 |
| Total Gross Receipts: | $2,955,024.37 |

Trustee Signature:     /s/ C. EDWIN ALLMAN, III, Trustee     Date: 10/03/2019

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE.700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page Subtotals:                    $0.00        $0.00