Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 18-50946   LMJ | Judge: Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee | |
| Case Name: | Product Quest Manufacturing, Llc | | Date Filed (f) or Converted (c): | 10/31/2018 (c) | |
| | | | 341(a) Meeting Date: | 12/07/2018 | |
| For Period Ending: | 01/07/2020 | | Claims Bar Date: | 01/09/2019 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Funds On Hand from Ch. 11 Operations (u) | Unknown | 300,000.00 | | 300,000.00 | FA | 0.00 | 0.00 |
| 2. 19.3 Raw Materials, Packaging | 3,535,265.00 | 496,531.93 | | 496,531.93 | FA | 0.00 | 0.00 |
| 3. 11.a. Accounts Receivable, 90 Days Old or Less, Retail | 1,874,868.73 | 174,010.20 | | 174,010.20 | FA | 0.00 | 0.00 |
| 4. 7.1 Deposits | 64,930.34 | 20,398.99 | | 20,398.99 | FA | 0.00 | 0.00 |
| 5. Refund for Unused Portion of D&O Policy (Willis of Texas, Inc.) (u) | Unknown | 65,469.99 | | 65,469.99 | FA | 0.00 | 0.00 |
| 6. 19.2 Raw Materials, Chemicals | 4,848,495.10 | 918,868.82 | | 918,868.82 | FA | 0.00 | 0.00 |
| 7. 3.1 Bank of America Deposity (5747) Disbursement account used for paying bills; balance is zero above disbursements made for operating | 2,739,361.78 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. 3.2 Bank of America Disbursement (8917) Account closed; zero | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. 3.3 Bank of America Payroll (8933) This account was closed preconversation. | 36,365.45 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. 3.4 Bank of America Petty Cash (8920) This account was closed preconversion. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. 3.5 Bank of America SBR (3190) This account was closed preconversion. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. Void (u) | 0.00 | N/A | | 0.00 | FA | 0.00 | 0.00 |
| 13. 8.1 Prepayments | 479,480.52 | 493.41 | | 493.41 | FA | 0.00 | 0.00 |
| 14. 11.a. Accounts Receivable, 90 Days Old or Less, Contract Zero Value | 1,460,502.48 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

Page: 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 01/07/2020 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. 11.b. Accounts Receivable Over 90 Days Old, Contract<br><br>Zero Value | 230,368.61 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. 11.b. Accounts Receivable Over 90 Days Old, Retail | 176,436.42 | 77,955.43 | | 77,955.43 | FA | 0.00 | 0.00 |
| 17. 11.b. Accounts Receivable Over 90 Days Old, Technology<br><br>Zero Value | 14,191.67 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18. 19.1 Raw Materials, Bulk | 2,033,038.90 | 211,932.20 | | 211,932.20 | FA | 0.00 | 0.00 |
| 19. 20.0 Work In Progress<br><br>TRUSTEE VALUE FOR WORK IN PROGRESS IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 168,018.10 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20. 21.1 Finished Goods - Contract<br><br>TRUSTEE VALUE IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 5,220,888.20 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21. 21.2 Finished Goods - In Transit<br><br>TRUSTEE VALUE IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 280,258.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22. 22.1 Other Inventory or Supplies, Excess & Obsolete Reserves | 0.00 | 7,500.00 | | 7,500.00 | FA | 0.00 | 0.00 |
| 23. 39.1 Office Furniture | 29,773.39 | 3,103.70 | | 3,103.70 | FA | 0.00 | 0.00 |
| 24. 40.1 Office Fixtures QC Office HVAC | 1,321.33 | 137.74 | | 137.74 | FA | 0.00 | 0.00 |
| 25. 41.0 Office equipment, computers, systems and softwares | 171,459.01 | 17,873.58 | | 17,873.58 | FA | 0.00 | 0.00 |
| 26. 47.0 Automobiles, vans, trucks, motorcycles, trailers, & titled farm vehicles | 37,758.80 | 12,757.50 | | 12,757.50 | FA | 0.00 | 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 01/07/2020 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 27. 50.0 Other Machinery, fixutres & equipment | 3,592,210.83 | 379,511.47 | | 379,511.47 | FA | 0.00 | 0.00 |
| 28. 77.1 Other Property, Intercompany Debt (90 Days Old or Less) | 92,101.33 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 29. 77.2 Other propety, Intercompany Debt (Over 90 Days) | 434.27 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 30. 60.0 Patents, Copyrights, Trademarks & Trade Secrets | Unknown | 200,000.00 | | 200,000.00 | FA | 0.00 | 0.00 |
| 31. 63.1 Customer Lists, Mailing List & Other Compilations<br><br>Zero Value | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 32. 65.0 Goodwill<br><br>Zero Value | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 33. 74.0 Causes of Action<br><br>The representations and warranties insurance claim arises from alleged breaches in certain representations and warranties made by former owners to the Kainos Capital acquisition entity in the August 14, 2015, Contribution and Unit Purchase Agreement, relating to the acquisition of Product Quest Manufacturing, LLC.<br><br>The Trustee believes that this asset has been assigned to Lender and the Lender is separately pursuing recovery.  the only value to the estate for this asset is that any recovery will reduce Lender's claim in this case. | Unknown | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 34. United Rentals | Unknown | 646.92 | | 646.92 | FA | 0.00 | 0.00 |
| 35. SERVICE FEES FOR PICKUP OF CUSTOMER OWNED ITEMS (u) | Unknown | 400.00 | | 400.00 | FA | 0.00 | 0.00 |
| 36. SCRAP-REMOVAL OF SCRAP FROM REAL PROPERTY (METAL, ETC.) (u) | 0.00 | 5,481.67 | | 5,481.67 | FA | 0.00 | 0.00 |
| 37. FPL - REFUND FOR AMOUNTS PAID BY ESTATE FOR POWER (NON-COMPENSABLE) (u) | 0.00 | 7,240.06 | | 7,240.06 | FA | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 01/07/2020 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 38. WRIGHT FLOOD-Refund for Insurance Cancellations (Not Scheduled) NONCOMPENSABLE (u) NONCOMPENSABLE | Unknown | 2,975.00 | | 2,975.00 | FA | 0.00 | 0.00 |
| 39. FPL - REFUND FOR AMOUNTS PAID BY ESTATE FOR GAS (NON-COMPENSABLE) (u) | Unknown | 723.68 | | 723.68 | FA | 0.00 | 0.00 |
| 40. Refunds for Cancellation of Insurance Paid Post Petition (non-compensable) (u) | Unknown | 83,501.34 | | 83,501.34 | FA | 0.00 | 0.00 |
| 41. COMPASS GROUP LOCKBOX REFUND (u) | 0.00 | 432.00 | | 432.00 | FA | 0.00 | 0.00 |
| 42. Overpayment of Various Taxes (u) | 0.00 | 82.50 | | 82.50 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $27,077,528.26 | $2,988,028.13 | | $2,988,028.13 (Total Dollar Amount in Column 6) | Gross Value of Remaining Assets $0.00 | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FIFTH INTERIM

On July 25, 2019, an order was entered authorizing Trustee to sell certain intellectual property to Randob Labs, Ltd., for the sum of $200,000 [docket # 526]. This sale closed on July 26, 2019.

On July 23, 2019, the court entered an order authorizing Trustee to engage the services of Nexsen Pruet, PLLC, to investigate and, if appropriate, to pursue certain claims on behalf of the Trustee, including claims asserted against former directors, officers, and owners.

On July 25, 2019, an order was entered allowing Trustee an interim commission of $61,315.25 from the funds of the bankruptcy estate.

At this point all assets of this estate have been liquidated other than potential claims.

By way of Order dated December 5, 2019 [docket #554], Trustee engaged ASK LLP as special counsel to pursue preference claims.

On December 10, 2019, an Order Certifying a Class and Granting Relief was entered in the adversary proceeding Jonathon Walker vs. Product Quest Manufacturing, et al. (18-06028). It is anticipated that further action will not be taken on this adversary proceeding unless there appears to be funds available for the payment of these claims.

Initial Projected Date of Final Report (TFR): 12/21/2020     Current Projected Date of Final Report (TFR): 12/21/2020

Trustee Signature:     /s/ C. EDWIN ALLMAN, III, Trustee     Date: 01/07/2020

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE.700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc
Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking
Taxpayer ID No: XX-XXX4401
For Period Ending: 12/31/2019
Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-50946  
Case Name: Product Quest Manufacturing, Llc  

Trustee Name: C. EDWIN ALLMAN, III, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0071  
Checking  
Blanket Bond (per case limit): $600,000.00  
Separate Bond (if applicable):  

Taxpayer ID No: XX-XXX4401  
For Period Ending: 12/31/2019  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $437,973.16 |
| 10/14/19 | 2013 | Archive Information Management, Inc. 1959 N. Peace Haven Road, Suite 189 Winston-Salem, NC 27106 | INVOICE #0103260 | 2410-000 | | $34.75 | $437,938.41 |
| 10/15/19 | 42 | The Treasurer of the State of Ohio | Overpaid Unemployment Taxes | 1224-000 | $82.50 | | $438,020.91 |
| 10/28/19 | 40 | Willis Towers Watson Willis of Texas, Inc. c/o National Accounting Center 26 Century Boulevard Nashville, TN 37214 | NON-COMPENSABLE CANCELLATION REIMB. (Policy #3AA331831, Gen Liablity) | 1290-000 | $1,622.11 | | $439,643.02 |
| 10/30/19 | 2014 | Volusia County 123 W Indiana Avenue, Room 103 DeLand, FL 32720 | 2018 Tangible Tax Parcel: 6893110 Alternate Key: 6893110 Property Address: 330 Carswell Av, Holly Hill | 2820-000 | | $88,165.34 | $351,477.68 |
| 11/04/19 | 40 | Willis of Texas, Inc. c/o national Accounting Center 26 Century Boulevard Nashville, TN 37214 | Policy Cancellations Policies W19803180401; US 00072720PR18A & 795008903 | 1290-000 | $31,299.15 | | $382,776.83 |
| 11/13/19 | 2015 | Archive Information Management, Inc. 1959 N. Peace Haven Road, Suite 189 Winston-Salem, NC 27106 | Invoice #0103469 | 2410-000 | | $34.75 | $382,742.08 |
| 12/05/19 | 2016 | Archive Information Management, Inc. 1959 N. Peace Haven Road, Suite 189 Winston-Salem, NC 27106 | INVOICE # 0103694 | 2410-000 | | $34.75 | $382,707.33 |
| 12/18/19 | 2017 | County of Volusia Revenue Division 123 W Indiana Ave Room 103 DeLand FL 32720 | SELLER'S PRORATA PORTION OF 2019 TANGIBLE PERSONAL PROPERTY TAX BILL PARCEL: 6893110 \| TAX YEAR: 2019 PROPERTY ADDRESS: 330 CARSWELL AVE; HOLLY HILL 32117 | 2820-000 | | $600.58 | $382,106.75 |

COLUMN TOTALS     $33,003.76     $88,870.17

Page Subtotals:     $33,003.76     $88,870.17

Page: 3

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,003.76 | $88,870.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $33,003.76 | $88,870.17 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0071 - Checking | $389,405.33 | $1,963,112.33 | $382,106.75 |
| XXXXXX0906 - Checking | $2,598,622.80 | $642,809.05 | $0.00 |
|  | $2,988,028.13 | $2,605,921.38 | $382,106.75 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $2,988,028.13 |
| Total Gross Receipts: | $2,988,028.13 |

Trustee Signature:    /s/ C. EDWIN ALLMAN, III, Trustee    Date: 01/07/2020

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page Subtotals:    $0.00    $0.00