Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Funds On Hand from Ch. 11 Operations (u) | Unknown | 300,000.00 | | 0.00 | FA |
| 2. 19.3 Raw Materials, Packaging | 3,535,265.00 | 496,531.93 | | 0.00 | FA |
| 3. 11.a. Accounts Receivable, 90 Days Old or Less, Retail | 1,874,868.73 | 174,010.20 | | 0.00 | FA |
| 4. 7.1 Deposits | 64,930.34 | 20,398.99 | | 0.00 | FA |
| 5. Refund for Unused Portion of D&O Policy (Willis of Texas, Inc.) (u) | Unknown | 65,469.99 | | 0.00 | FA |
| 6. 19.2 Raw Materials, Chemicals | 4,848,495.10 | 918,868.82 | | 0.00 | FA |
| 7. 3.1 Bank of America Deposity (5747) Disbursement account used for paying bills; balance is zero above disbursements made for operating | 2,739,361.78 | 0.00 | | 0.00 | FA |
| 8. 3.2 Bank of America Disbursement (8917) Account closed; zero | 0.00 | 0.00 | | 0.00 | FA |
| 9. 3.3 Bank of America Payroll (8933) This account was closed preconversation. | 36,365.45 | 0.00 | | 0.00 | FA |
| 10. 3.4 Bank of America Petty Cash (8920) This account was closed preconversion. | 0.00 | 0.00 | | 0.00 | FA |
| 11. 3.5 Bank of America SBR (3190) This account was closed preconversion. | 0.00 | 0.00 | | 0.00 | FA |
| 12. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 13. 8.1 Prepayments | 479,480.52 | 493.41 | | 0.00 | FA |
| 14. 11.a. Accounts Receivable, 90 Days Old or Less, Contract Zero Value | 1,450,502.48 | 0.00 | | 0.00 | FA |
| 15. 11.b. Accounts Receivable Over 90 Days Old, Contract Zero Value | 230,368.61 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. 11.b. Accounts Receivable Over 90 Days Old, Retail | 176,436.42 | 77,955.43 | | 0.00 | FA |
| 17. 11.b. Accounts Receivable Over 90 Days Old, Technology Zero Value | 14,191.67 | 0.00 | | 0.00 | FA |
| 18. 19.1 Raw Materials, Bulk | 2,033,038.90 | 211,932.20 | | 0.00 | FA |
| 19. 20.0 Work in Progress TRUSTEE VALUE FOR WORK IN PROGRESS IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 168,018.10 | 0.00 | | 0.00 | FA |
| 20. 21.1 Finished Goods - Contract TRUSTEE VALUE IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 5,220,888.20 | 0.00 | | 0.00 | FA |
| 21. 21.2 Finished Goods - In Transit TRUSTEE VALUE IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 280,258.00 | 0.00 | | 0.00 | FA |
| 22. 22.1 Other Inventory or Supplies, Excess & Obsolete Reserves | 0.00 | 7,500.00 | | 0.00 | FA |
| 23. 39.1 Office Furniture | 29,773.39 | 3,103.70 | | 0.00 | FA |
| 24. 40.1 Office Fixtures QC Office HVAC | 1,321.33 | 137.74 | | 0.00 | FA |
| 25. 41.0 Office equipment, computers, systems and softwares | 171,459.01 | 17,873.58 | | 0.00 | FA |
| 26. 47.0 Automobiles, vans, trucks, motorcycles, trailers, & titled farm vehicles | 37,758.80 | 12,757.50 | | 0.00 | FA |
| 27. 50.0 Other Machinery, fixutres & equipment | 3,592,210.83 | 379,511.47 | | 0.00 | FA |
| 28. 77.1 Other Property, Intercompany Debt (90 Days Old or Less) | 92,101.33 | 0.00 | | 0.00 | FA |
| 29. 77.2 Other propety, Intercompany Debt (Over 90 Days) | 434.27 | 0.00 | | 0.00 | FA |
| 30. 60.0 Patents, Copyrights, Trademarks & Trade Secrets | Unknown | 200,000.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. 63.1 Customer Lists, Mailing List & Other Compilations<br><br>Zero Value | Unknown | 0.00 | | 0.00 | FA |
| 32. 65.0 Goodwill<br><br>Zero Value | Unknown | 0.00 | | 0.00 | FA |
| 33. 74.0 Causes of Action<br><br>Regan Adversary (20-6186) settled per Order #78. | Unknown | 8,400,000.00 | | 0.00 | FA |
| 34. United Rentals | Unknown | 646.92 | | 0.00 | FA |
| 35. SERVICE FEES FOR PICKUP OF CUSTOMER OWNED ITEMS (u) | Unknown | 400.00 | | 0.00 | FA |
| 36. SCRAP-REMOVAL OF SCRAP FROM REAL PROPERTY (METAL, ETC.) (u) | 0.00 | 5,481.67 | | 0.00 | FA |
| 37. FPL - REFUND FOR AMOUNTS PAID BY ESTATE FOR POWER (NON-COMPENSABLE) (u) | 0.00 | 7,240.06 | | 0.00 | FA |
| 38. WRIGHT FLOOD-Refund for Insurance Cancellations (Not Scheduled) NONCOMPENSABLE (u)<br><br>NONCOMPENSABLE | Unknown | 2,975.00 | | 0.00 | FA |
| 39. FPL - REFUND FOR AMOUNTS PAID BY ESTATE FOR GAS (NON-COMPENSABLE) (u) | Unknown | 723.68 | | 0.00 | FA |
| 40. Refunds for Cancellation of Insurance Paid Post Petition (non-compensable) (u) | Unknown | 83,501.34 | | 0.00 | FA |
| 41. COMPASS GROUP LOCKBOX REFUND (u) | 0.00 | 432.00 | | 0.00 | FA |
| 42. Overpayment of Various Taxes (u) | 0.00 | 82.50 | | 0.00 | FA |
| 43. Section 547 Recoveries (u)<br><br>All collectible preferences have been settled. | 0.00 | 929,522.90 | | 0.00 | 929,522.90 |
| 44. SEC DEPOSIT REFUND (u) | Unknown | 2,110.99 | | 0.00 | FA |

Page: 4

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 18-50946    LMJ | Judge: Lena M. James |
| Case Name: | Product Quest Manufacturing, Llc | |
| For Period Ending: | 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
| Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| 341(a) Meeting Date: | 12/07/2018 |
| Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 45. CH. 7 Trustee's Bond Refund (Non-Compensable) (u) Refund of Chapter 7 Trustee's Bond | Unknown | 2,123.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $27,077,528.26    $12,321,785.02

Gross Value of Remaining Assets
$0.00    $929,522.90
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Page: 5

SIXTEENTH INTERIM REPORT (3RD QUARTER 2022)

During the preceding quarter the reps and warranties litigation undertaken by Madison Capital was concluded with an arbitration award. All estate assets have now been liquidated and reduced to cash.

Based on liquidation results and cash on hand, it is the Trustee's opinion that there will be sufficient funds with which to pay all administrative costs, all allowed Section 503(b)(9) claims, and at least a significant portion of employee wage claims. The Trustee's view may not be shared by Madison Capital which holds a super priority claim in this case and in the companion case of Ei LLC (18-50945).

Progress continues to be made toward a resolution of the WARN Act adversary proceeding (Adversary Proceeding 18-6028). The Trustee fully expects that a settlement will be reached and appropriate motions filed during the upcoming reporting period.

The Trustee has now begun the process of filing claim objections to priority claims. An objection to the priority claim of the IRS filed in Ei LLC (18-50945) resulted in an amended claim of zero being filed by the IRS. The claim objection process will continue and should be largely completed by year's end.

The Trustee has begun discussions with Madison Capital regarding a reasonable resolution of its super priority claim. In the event that these discussions do not bear fruit, it will be necessary for the court to determine the extent of such claim.

During the upcoming period, the Trustee intends to diligently work toward concluding this case and being a position to file a Final Report during the first or second quarter of 2023.

THIS COMPANY'S 401(K) HAS BEEN TERMINATED. PAYCHECK RETIREMENT SERVICES WIRED REMAINING 401(K) FUNDS TO THE FOLLOWING COMPANY - ANY PARTICIPANT WHO DID NOT RECEIVE A DISTRIBUTION OF THEIR FUNDS SHOULD CONTACT:

MG Trust Company d/b/a Matrix Trust Company
717 17th Street, Suite 1300
Denver, Colorado 80202
Phone: 1-888-947-3472

Initial Projected Date of Final Report (TFR): 12/21/2020      Current Projected Date of Final Report (TFR): 08/01/2023

Trustee Signature:    /s/ C. EDWIN ALLMAN, III, Trustee     Date: 10/06/2022

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page: 1

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-50946  
Case Name: Product Quest Manufacturing, Llc  

Trustee Name: C. EDWIN ALLMAN, III, Trustee  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0906  
Checking  

Taxpayer ID No: XX-XXX4401  
For Period Ending: 09/30/2022  

Blanket Bond (per case limit): $600,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-50946  
Case Name: Product Quest Manufacturing, Llc  
Taxpayer ID No: XX-XXX4401  
For Period Ending: 09/30/2022  

Trustee Name: C. EDWIN ALLMAN, III, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0071  
Checking  
Blanket Bond (per case limit): $600,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $6,845,719.86 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,136.99 | $6,843,582.87 |
| 07/13/22 | 2052 | Archive Information Management 1959 N. Peace Haven Road, Suite 189 Winston-Salem, NC 27106 | INVOICE #0110864 | 2410-000 | | $34.75 | $6,843,548.12 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,208.22 | $6,841,339.90 |
| 08/16/22 | 2053 | Archive Information Management, Inc. 1959 N. Peace Haven Road, Suite 189 Winston-Salem, NC 27106 | Invoice #0111097 | 2410-000 | | $34.75 | $6,841,305.15 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,208.22 | $6,839,096.93 |
| 09/07/22 | 2054 | Archive Information Management, Inc. 1959 N. Peace Haven Road, Suite 189 Winston-Salem, NC 27106 | Invoice #0111343 | 2410-000 | | $34.75 | $6,839,062.18 |
| 09/28/22 | 2055 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond #016233593 Term of 10/20/22 to 10/20/23 | 2300-000 | | $8,000.00 | $6,831,062.18 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $14,657.68 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $14,657.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $14,657.68 |

Page Subtotals: $0.00 $14,657.68

Page: 3

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0071 - Checking | $9,723,162.22 | $4,847,913.79 | $6,831,062.18 |
| XXXXXX0906 - Checking | $2,598,622.80 | $642,809.05 | $0.00 |
|  | $12,321,785.02 | $5,490,722.84 | $6,831,062.18 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $12,321,785.02 |
| Total Gross Receipts: | $12,321,785.02 |

Trustee Signature:  /s/ C. EDWIN ALLMAN, III, Trustee    Date: 10/06/2022

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page Subtotals:  $0.00    $0.00