Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Funds On Hand from Ch. 11 Operations (u) | Unknown | 300,000.00 | | 300,000.00 | FA |
| 2. 19.3 Raw Materials, Packaging | 3,535,265.00 | 496,531.93 | | 496,531.93 | FA |
| 3. 11.a. Accounts Receivable, 90 Days Old or Less, Retail | 1,874,868.73 | 174,010.20 | | 174,010.20 | FA |
| 4. 7.1 Deposits | 64,930.34 | 20,398.99 | | 20,398.99 | FA |
| 5. Refund for Unused Portion of D&O Policy (Willis of Texas, Inc.) (u) | Unknown | 65,469.99 | | 65,469.99 | FA |
| 6. 19.2 Raw Materials, Chemicals | 4,848,495.10 | 918,868.82 | | 918,868.82 | FA |
| 7. 3.1 Bank of America Deposity (5747) Disbursement account used for paying bills; balance is zero above disbursements made for operating | 2,739,361.78 | 0.00 | | 0.00 | FA |
| 8. 3.2 Bank of America Disbursement (8917) Account closed; zero | 0.00 | 0.00 | | 0.00 | FA |
| 9. 3.3 Bank of America Payroll (8933) This account was closed preconversation. | 36,365.45 | 0.00 | | 0.00 | FA |
| 10. 3.4 Bank of America Petty Cash (8920) This account was closed preconversion. | 0.00 | 0.00 | | 0.00 | FA |
| 11. 3.5 Bank of America SBR (3190) This account was closed preconversion. | 0.00 | 0.00 | | 0.00 | FA |
| 12. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 13. 8.1 Prepayments | 479,480.52 | 493.41 | | 493.41 | FA |
| 14. 11.a. Accounts Receivable, 90 Days Old or Less, Contract Zero Value | 1,450,502.48 | 0.00 | | 0.00 | FA |
| 15. 11.b. Accounts Receivable Over 90 Days Old, Contract Zero Value | 230,368.61 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. 11.b. Accounts Receivable Over 90 Days Old, Retail | 176,436.42 | 77,955.43 | | 77,955.43 | FA |
| 17. 11.b. Accounts Receivable Over 90 Days Old, Technology Zero Value | 14,191.67 | 0.00 | | 0.00 | FA |
| 18. 19.1 Raw Materials, Bulk | 2,033,038.90 | 211,932.20 | | 211,932.20 | FA |
| 19. 20.0 Work In Progress TRUSTEE VALUE FOR WORK IN PROGRESS IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 168,018.10 | 0.00 | | 0.00 | FA |
| 20. 21.1 Finished Goods - Contract TRUSTEE VALUE IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 5,220,888.20 | 0.00 | | 0.00 | FA |
| 21. 21.2 Finished Goods - In Transit TRUSTEE VALUE IS ZERO. TRUSTEE IS SATISFIED THAT THIS IS A LIABILITY AND NOT AN ASSET. | 280,258.00 | 0.00 | | 0.00 | FA |
| 22. 22.1 Other Inventory or Supplies, Excess & Obsolete Reserves | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 23. 39.1 Office Furniture | 29,773.39 | 3,103.70 | | 3,103.70 | FA |
| 24. 40.1 Office Fixtures QC Office HVAC | 1,321.33 | 137.74 | | 137.74 | FA |
| 25. 41.0 Office equipment, computers, systems and softwares | 171,459.01 | 17,873.58 | | 17,873.58 | FA |
| 26. 47.0 Automobiles, vans, trucks, motorcycles, trailers, & titled farm vehicles | 37,758.80 | 12,757.50 | | 12,757.50 | FA |
| 27. 50.0 Other Machinery, fixutres & equipment | 3,592,210.83 | 379,511.47 | | 379,511.47 | FA |
| 28. 77.1 Other Property, Intercompany Debt (90 Days Old or Less) | 92,101.33 | 0.00 | | 0.00 | FA |
| 29. 77.2 Other propety, Intercompany Debt (Over 90 Days) | 434.27 | 0.00 | | 0.00 | FA |
| 30. 60.0 Patents, Copyrights, Trademarks & Trade Secrets | Unknown | 200,000.00 | | 200,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a)<br>DA=554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 31. 63.1 Customer Lists, Mailing List & Other Compilations<br><br>Zero Value | Unknown | 0.00 | | 0.00 | FA |
| 32. 65.0 Goodwill<br><br>Zero Value | Unknown | 0.00 | | 0.00 | FA |
| 33. 74.0 Causes of Action<br><br>Regan Adversary (20-6186) settled per Order #78. | Unknown | 8,400,000.00 | | 8,400,000.00 | FA |
| 34. United Rentals | Unknown | 646.92 | | 646.92 | FA |
| 35. SERVICE FEES FOR PICKUP OF CUSTOMER OWNED ITEMS (u) | Unknown | 400.00 | | 400.00 | FA |
| 36. SCRAP-REMOVAL OF SCRAP FROM REAL PROPERTY (METAL, ETC.) (u) | 0.00 | 5,481.67 | | 5,481.67 | FA |
| 37. FPL - REFUND FOR AMOUNTS PAID BY ESTATE FOR POWER (NON-COMPENSABLE) (u) | 0.00 | 7,240.06 | | 7,240.06 | FA |
| 38. WRIGHT FLOOD-Refund for Insurance Cancellations (Not Scheduled) NONCOMPENSABLE (u)<br><br>NONCOMPENSABLE | Unknown | 2,975.00 | | 2,975.00 | FA |
| 39. FPL - REFUND FOR AMOUNTS PAID BY ESTATE FOR GAS (NON-COMPENSABLE) (u) | Unknown | 723.68 | | 723.68 | FA |
| 40. Refunds for Cancellation of Insurance Paid Post Petition (non-compensable) (u) | Unknown | 83,501.34 | | 83,501.34 | FA |
| 41. COMPASS GROUP LOCKBOX REFUND (u) | 0.00 | 432.00 | | 432.00 | FA |
| 42. Overpayment of Various Taxes (u) | 0.00 | 82.50 | | 82.50 | FA |

Page: 4

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 18-50946 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Product Quest Manufacturing, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 04/05/2023 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 43. Section 547 Recoveries (u) | 0.00 | 929,572.90 | | 929,572.90 | FA |
| All collectible preferences have been settled. On 1/9/23 an Order was entered [#1072] directing ASK LLP to forward $50 to T'ee. This $50 reflects an adjustment to ASK LLP's contigency fee on a recovery of $1,000 associated with Ad. Proc. 20-6163 reducing the contingency percentage from 30% to 25%. Therefore, T'ee had to change the Trustee's Value and the date asset was fully administered upon receipt of this $50. | | | | | |
| 44. SEC DEPOSIT REFUND (u) | Unknown | 2,110.99 | | 2,110.99 | FA |
| 45. CH. 7 Trustee's Bond Refund (Non-Compensable) (u) | Unknown | 2,123.00 | | 2,123.00 | FA |
| Refund of Chapter 7 Trustee's Bond | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $27,077,528.26   $12,321,835.02   $12,321,835.02   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

EIGHTEENTH INTERIM REPORT (First Quarter 2023)

During the preceding quarter agreements were reached with the WARN Plaintiffs in Walker v. Product Quest Manufacturing, LLC, and EI LLC, et al. (Adv. Proc. No. 18-6028) (the "WARN Action"). In addition, an agreement was reached with Madison Capital Funding LLC as agent for certain lenders ("Madison") with respect to its Claim in the case. Motions seeking approval of settlements were filed with respect to the WARN Action and the Madison Claim. A preliminary hearing seeking approval of the WARN Action settlement is scheduled for April 12, 2023. Should the Court give preliminary approval of the Warn Action settlement, the Trustee intends to file an Omnibus Objection to all employee claims filed in this case in the companion case of EI LLC (18-50945) as such claims will be duplicative of the WARN Action settlement. Other than this Omnibus Objection to employee claims based on duplication, all other claim objections have been successfully resolved and appropriate Orders entered.

During the upcoming calendar quarter hearings are scheduled on the WARN Action and Madison Claim settlements. Assuming the settlements are approved by the Court, the Trustee will be in a position to submit his final report to the bankruptcy administrator in June 2023.

THIS COMPANY'S 401(K) HAS BEEN TERMINATED. PAYCHECK RETIREMENT SERVICES WIRED REMAINING 401(K) FUNDS TO THE FOLLOWING COMPANY - ANY PARTICIPANT WHO DID NOT RECEIVE A DISTRIBUTION OF THEIR FUNDS SHOULD CONTACT:

MG Trust Company d/b/a Matrix Trust Company
717 17th Street, Suite 1300
Denver, Colorado 80202
Phone: 1-888-947-3472

Initial Projected Date of Final Report (TFR): 12/21/2020    Current Projected Date of Final Report (TFR): 08/01/2023

Trustee Signature:   /s/ C. EDWIN ALLMAN, III, Trustee    Date: 04/05/2023

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50946
Case Name: Product Quest Manufacturing, Llc

Trustee Name: C. EDWIN ALLMAN, III, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0906
Checking

Taxpayer ID No: XX-XXX4401
For Period Ending: 03/31/2023

Blanket Bond (per case limit): $600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|   |   |   | Balance Forward |   |   |   | $0.00 |
|   |   | No Transactions |   |   |   |   | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:   $0.00   $0.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-50946  
Case Name: Product Quest Manufacturing, Llc  
Trustee Name: C. EDWIN ALLMAN, III, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0071  
Checking  

Taxpayer ID No: XX-XXX4401  
For Period Ending: 03/31/2023  
Blanket Bond (per case limit): $600,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $6,824,475.72 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,208.22 | $6,822,267.50 |
| 01/18/23 | 43 | ASK LLP<br>200 Eagan Woods Drive, Suite 400<br>Saint Paul, MN 55121 | PER ORDER #1072 Unearned Contingency Fee | 1241-000 | $50.00 | | $6,822,317.50 |
| 01/18/23 | 2059 | Archive Information Management<br>1959 N. Peace Haven Road, Suite 189<br>Winston-Salem, NC 27106 | INVOICE #0112299 | 2410-000 | | $34.75 | $6,822,282.75 |
| 03/08/23 | 2060 | Archive Information Management<br>1959 N. Peace Haven Road, Suite 189<br>Winston-Salem, NC 27106 | INVOICE 0200224 Storage February 2023 | 2410-000 | | $41.70 | $6,822,241.05 |
| 03/20/23 | 2061 | Archive Information Management<br>1959 N. Peace Have Road, Suite 189<br>Winston-Salem, NC 27106 | INVOICE NO. 0200511 | 2410-000 | | $41.70 | $6,822,199.35 |
| 03/31/23 | | Axos Bank<br>4350 La Jolla Village Dr, Suite 140<br>San Diego, CA 92122 | Bank Service Charge Feb Service Charge for February 2023 | 2600-000 | | $1,994.52 | $6,820,204.83 |
| 03/31/23 | | Axos Bank<br>4350 La Jolla Village Dr, Suite 140<br>San Diego, CA 92122 | Bank Service Charge March Should have posted 2/1/2023 (bank fees stopped in error) | 2600-000 | | $2,208.22 | $6,817,996.61 |

| | | |
|---|---|---|
| COLUMN TOTALS | $50.00 | $6,529.11 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50.00 | $6,529.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50.00 | $6,529.11 |

Page Subtotals:  $50.00   $6,529.11

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0071 - Checking | $9,723,212.22 | $4,861,029.36 | $6,817,996.61 |
| XXXXXX0906 - Checking | $2,598,622.80 | $642,809.05 | $0.00 |
|  | $12,321,835.02 | $5,503,838.41 | $6,817,996.61 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $12,321,835.02 |
| Total Gross Receipts: | $12,321,835.02 |

Trustee Signature:  /s/ C. EDWIN ALLMAN, III, Trustee    Date: 04/05/2023

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page Subtotals:                                    $0.00        $0.00